# EXHIBIT 2