# 1. Energup




Previous image took on: March 16, 2026 at 3:24 PM UTC

| | |
|---|---|
| **Product Page**<br>[https://www.amazon.com/Energup-Replacement-Craftsman-Lithium-Included/dp/B0BX3WK5RB](https://www.amazon.com/Energup-Replacement-Craftsman-Lithium-Included/dp/B0BX3WK5RB) | **Marketplace**<br>Amazon |
| **Product ID**<br>B0BX3WK5RB | **Brand**<br>Craftsman |
| **Seller Name**<br>Energup | |

Following image took on: March 16, 2026 at 3:24 PM UTC



Following image took on: March 16, 2026 at 3:25 PM UTC

## About this item

- ✅ 【Package Include】 2Pack V20 Replacement Craftsman 20V Max Lithium batteries, 1Pack 20V MAX Battery Charger CMCB104. Fit for all craftsman 20V Max power tools, cordless drills, chainsaws, lights, blowers tools, and other V20 20V outdoor tool batteries. (This is Energup)
- ✅ 【Widely Compatibility】 Compatible with all Craftsman 20-volt Max Li batteries CMCB204-2, CMCB204-OPE, CMCB202-2, CMCB209, CMCB201, CMCB200, and work with Craftsman V20 cordless drill, chain saws, lights and blowers cordless tool battery packs. (Note: CANNOT fit the Craftsman 20V max Bolt-On series)
- ✅ 【Charger Specification】 Upgrade 2A Fast Charger: Advanced charging technology, universal 110V-220V voltage input. Charges V20 compact batteries in 1-2 hours or less. Can charge all Craftsman V20 Lithium-Ion Battery CMCB202 CMCB202-2 CMCB204 CMCB204-2 etc.
- ✅ 【Battery Advantage】 Premium grade high-performance lithium battery, No memory, and extended battery life. Certified by the CE FCC and RoHS certification, Built-in safeguards against OD, OL, and SC for complete safety, to provide an efficient, reliable, safe, and excellent performance.
- ✅ 【Intelligent LED Indictor】 LED display system helps users to master the charging status at any time. Diagnostics with LED indicator communicates battery charge status.
- ✅ 【Wall-Mount】 Space saving, supports wall-hanging or versatile hang hook.
- ✅ 【Premium Service】 45 days money back, 12 months warranty. Any questions about the craftsman 20v battery or craftsman charger, we support 24*7 hours of prompt customer service.

› See more product details

Following image took on: March 16, 2026 at 3:25 PM UTC




Following image took on: March 16, 2026 at 3:26 PM UTC



Following image took on: March 16, 2026 at 3:30 PM UTC




Following image took on: June 8, 2026 at 12:02 PM UTC



Following image took on: June 8, 2026 at 12:03 PM UTC




Following image took on: June 8, 2026 at 12:03 PM UTC



Following image took on: June 8, 2026 at 12:03 PM UTC




Following image took on: June 8, 2026 at 12:04 PM UTC



Following image took on: June 8, 2026 at 12:04 PM UTC




Following image took on: June 8, 2026 at 12:05 PM UTC



Following image took on: March 27, 2026 at 4:43 PM UTC




Following image took on: March 27, 2026 at 4:43 PM UTC



Following image took on: March 27, 2026 at 4:43 PM UTC




Following image took on: March 27, 2026 at 4:43 PM UTC



Following image took on: March 27, 2026 at 4:43 PM UTC




Following image took on: March 27, 2026 at 4:43 PM UTC



Following image took on: March 27, 2026 at 4:43 PM UTC




Following image took on: March 27, 2026 at 4:43 PM UTC



Following image took on: March 27, 2026 at 4:43 PM UTC



Following image took on: March 27, 2026 at 4:43 PM UTC



# 2. aahy_5506




Previous image took on: March 17, 2026 at 12:13 PM UTC

Product Page

https://www.ebay.com/itm/397643529042

Product ID

397643529042

Seller Name

aahy_5506

Marketplace

eBay

Brand

Craftsman

Following image took on: March 17, 2026 at 12:13 PM UTC



Following image took on: March 17, 2026 at 12:13 PM UTC

About this item

Seller assumes all responsibility for this listing.

eBay item number: 397643529042

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Brand | Unbranded |
| Type | Pancake Air Compressor | Power Source | Battery Powered |
| Recommended Uses For Product | Tire Inflation, Automotive Tasks | Country of Origin | United States |
| Special Feature | Digital, Portable, Cordless | | |
| Category | Home & Garden > Tools & Workshop Equipment > Air Tools & Air Compressors > Air Compressors | | |

## Item description from the seller

**WE SHIP FROM US → US, SO YOU WILL NOT PAY ANY IMPORT FEES. THE DE MINIMIS LAW DOES NOT AFFECT YOUR ORDER.**

- Accurate pressure reading with easy-to-read digital display with highly accurate pressure read out (-2 PSI delta on all applications tested*)
- Battery powered for increased portability
- High pressure pump provides up to 150 PSI max pressure allows for wide variety of inflation applications
- Optimized D-Handle design with rubber over mold for a natural & comfortable grip that is evenly balanced
- Works with Craftsman V20 System

Following image took on: March 17, 2026 at 12:13 PM UTC

Hi Bob! Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Include description

## aahy_5506

**95.2%** positive feedback (19) **37** items sold **3** followers

Visit profile Contact Save

**Category**

**All**

Home & Garden

Air Compressors

**Shipping to** 33173

**Shipping and pickup**

Arrives in 2-4 days

Free Shipping

Local Pickup within 25 mi

**Price**

$ Min to $ Max

Available inventory

Craftsman

1 result for **craftsman** Save this search

All Auction Buy It Now Condition Item Location Sort: Best Match



Cordless Tire Inflator 150PSI Portable Air Compressor CRAFTSMAN V20 CMCE521B

Brand New

**$46.55**

Buy It Now

Free delivery

Located in Brazil

aahy_5506 95.2% positive (19)

Following image took on: March 17, 2026 at 12:13 PM UTC

Hi Bob! Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

## aahy_5506

95.2% positive feedback (19) **37** items sold **3** followers

Share Contact Save

Categories Shop **About** Feedback | Search all 75 items

### About

Location: **Brazil**
Member since: **May 07, 2024**

Do you like our profile experience?

Following image took on: March 17, 2026 at 12:16 PM UTC

## Order info

| | |
|---|---|
| Time placed | Mar 17, 2026 at 5:15 AM |
| Order number | 24-14371-72309 |
| Total | $51.21 (1 item) |
| Sold by | aahy_5506 |

### Delivery info

Arrives **Apr 13, 2026 - Apr 14, 2026**

**Paid** Mar 17 — Tracking available — Delivered

**Tracking details**

Shipping Service: Standard Shipping

### Item info



Cordless Tire Inflator 150PSI Portable Air Compressor CRAFTSMAN V20 CMCE521B **$46.55**

**Item number:** 397643529042

Returns accepted through May 14, 2026.

Buy again | More actions

### Other actions

Contact seller | Cancel this order

## Shipping address

Erik Thielsvot
SVOT LLC, 7061 W. North Ave #326
Oak Park, Illinois 60302-1015
United States

## Payment info

[redacted] $51.21
Mar 17 at 5:15 AM

| | |
|---|---|
| 1 item | $46.55 |
| Shipping | Free |
| Tax* | $4.66 |
| **Order total** | **$51.21** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

How do you like our order details page?
Tell us what you think

**Explore this store**
Shop store on eBay→



**USA Wolverine store**
100% positive Sponsored

Following image took on: May 8, 2026 at 6:11 AM UTC

## Order info

| | |
|---|---|
| Time placed | Mar 17, 2026 at 5:15 AM |
| Order number | 24-14371-72309 |
| Total | $51.21 (1 item) |
| Sold by | aahy_5506 |

### Delivery info

Delivered on **Wed, Apr 8, 2026**

**Paid**
Mar 17

**Tracking available**
Apr 9

**Delivered**
Apr 8

**Tracking details**

Number 870316897375

Track package

### Item info



Cordless Tire Inflator 150PSI Portable Air Compressor CRAFTSMAN V20 CMCE521B **$46.55**

**Item number:** 397643529042

Returns accepted through May 8, 2026.

Buy again

More actions

# 3. antoyarboo




Previous image took on: March 18, 2026 at 10:24 AM UTC

Product Page

https://www.ebay.com/itm/366063585714

Marketplace

eBay

Product ID

366063585714

Brand

Craftsman

Seller Name

antoyarboo

Following image took on: March 18, 2026 at 10:24 AM UTC



Following image took on: March 18, 2026 at 10:25AM UTC

ebay Shop by category | Search for anything | All Categories | Search | Advanced

About this item

Seller assumes all responsibility for this listing.

eBay item number: 366063585714

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Rim Width | 2 Inches |
| Item Diameter | 8 Inches | Color | Black |
| Material | Rubber | Item Length | 8 Inches |
| California Prop 65 Warning | None | Wheel Backspacing | 1 Inches |
| Brand | Unbranded | Type | Wheel |
| Rim Size | 6 Inches | Load Index | 50. |
| Number in Pack | 2 | Item Height | 8 Inches |
| Item Weight | 3 Pounds | Item Width | 8 Inches |
| UPC | Does not apply | Country of Origin | China |
| Category | Home & Garden > Yard, Garden & Outdoor Livi... > Lawn Mowers, Parts & Acce... > Lawn Mower Parts | | |

## Item description from the seller

**Craftsman Lawn Mower Front Drive Wheels 917376522 917378761 917378890 917378891**

Following image took on: March 18, 2026 at 10:25AM UTC

Hi Bob! | Deals | Brand Outlet | Gift Cards | Help & Contact | Sell | Watchlist | My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Include description

**antoyarbo0**

100% positive feedback (5) 8 items sold 1 follower

Visit profile | Contact | Save

Category

All

Home & Garden

Lawn Mower Parts

More +

Shipping to 33173

Shipping and pickup

Arrives in 2-4 days

Free Shipping

Local Pickup within 25 mi

Price

$ Min to $ Max

Available inventory

$0 $1500+

Condition

Craftsman

3 results for craftsman | Save this search

All | Auction | Buy It Now | Condition | Item Location | Sort: Best Match



Craftsman Lawn Mower Front Drive Wheels 917376522 917378761 917378890 917378891

Brand New

$27.88

or Best Offer

Free delivery

Located in Brazil

antoyarbo0 100% positive (5)



5" Hook and Loop Replacement Sander Pad for Craftsman 315 Model Random Orbit

Brand New

$10.99

or Best Offer

Free delivery

Located in Brazil

antoyarbo0 100% positive (5)

Following image took on: March 18, 2026 at 10:25 AM UTC

Hi Bob! Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

**antoyarbo0**

100% positive feedback (5) 8 items sold 1 follower | Share | Contact | Save

Categories | Shop | **About** | Feedback | Search all 103 items

**About**

Location: **Brazil**
Member since: **Oct 14, 2024**

Do you like our profile experience?

Following image took on: April 1, 2026 at 8:43 AM UTC

## Order info

| | |
|---|---|
| Time placed | Mar 18, 2026 at 3:27 AM |
| Order number | 07-14385-91683 |
| Total | $30.67 (1 item) |
| Sold by | antoyarbo0 |

## Delivery info

Delivered on **Mon, Mar 23, 2026**

**Paid** Mar 18 — **Tracking available** Mar 19 — **Delivered** Mar 23

### Tracking details

Number 1Z19227W4277907167

Track package

## Item info



Craftsman Lawn Mower Front Drive Wheels 917376522 917378761 917378890 917378891 — **$27.88**

**Item number:** 366063585714

Returns not accepted.

Buy again

More actions

Following image took on: March 18, 2026 at 10:27AM UTC



**Order info**

| | |
|---|---|
| Time placed | Mar 18, 2026 at 3:27 AM |
| Order number | 07-14385-91683 |
| Total | $30.67 (1 item) |
| Sold by | antoyarbo0 |

**Delivery info**

Arrives **Mar 30, 2026 - Mar 31, 2026**

Paid Mar 18 — Tracking available — Delivered

**Tracking details**

Shipping Service: Standard Shipping

**Item info**

Craftsman Lawn Mower Front Drive Wheels 917376522 917378761 917378890 917378891 — $27.88

**Item number:** 366063585714

Returns not accepted.

Buy again

More actions

**Other actions**

Contact seller | Cancel this order

**Shipping address**

Amiya Welchsvot
SVOT LLC, 7061 W. North Ave #326
Oak Park, Illinois 60302-1015
United States

**Payment info**

[redacted] $30.67 Mar 18 at 3:27 AM

| | |
|---|---|
| 1 item | $27.88 |
| Shipping | Free |
| Tax* | $2.79 |
| **Order total** | **$30.67** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

How do you like our order details page?
Tell us what you think

Explore this store
Shop store on eBay→

jyjck666
100% positive
Sponsored

Following image took on: March 30, 2026 at 6:24PM UTC



Following image took on: March 30, 2026 at 6:24 PM UTC



Following image took on: March 30, 2026 at 6:24 PM UTC



Following image took on: March 30, 2026 at 6:24 PM UTC



Following image took on: March 30, 2026 at 6:24 PM UTC



# 4. bang_royy




Previous image took on: March 16, 2026 at 10:59 AM UTC

Product Page

[https://www.ebay.com/itm/205211991810](https://www.ebay.com/itm/205211991810)

Marketplace

eBay

Product ID

205211991810

Brand

Craftsman

Seller Name

bang_royy

Following image took on: March 16, 2026 at 10:59 AM UTC



Following image took on: March 16, 2026 at 10:59 AM UTC




Following image took on: March 16, 2026 at 10:59 AM UTC

About this item

Seller assumes all responsibility for this listing.

eBay item number: 205211991810

Last updated on Jan 07, 2026 19:34:54 PST View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags | Seller Notes | ""If you want another size or color, please contact us"" |
| Pattern | Solid | Character | Happy |
| Neckline | Crew Neck | Material | Cotton |
| Year Manufactured | 2020-2029 | Fabric Type | Knit |
| Accents | Logo | Vintage | No |
| Brand | Gildan | Fit | Regular |
| Personalize | No | Department | Men |
| Type | T-Shirt | Theme | USA |
| Features | Ring Spun | Country/Region of Manufacture | United States |
| Season | Fall | Character Family | Free! |
| Handmade | No | Product Line | Gildan 5000 |
| Category | Clothing, Shoes & Accessori... > ... > Men's Clothing > Shirts > T-Shirts | | |

## Item description from the seller

PRODUCT INFORMATION:

MESSAGE ME FOR ANY DIFFERENT COLOR

Classic Unisex T-Shirt Gildan 5000

High Quality Print
First Quality T-shirt

Following image took on: March 16, 2026 at 11:00 AM UTC




Following image took on: March 16, 2026 at 11:00 AM UTC



Following image took on: March 16, 2026 at 11:02 AM UTC

## Order info

| | |
|---|---|
| Time placed | Mar 16, 2026 at 4:01 AM |
| Order number | 27-14347-63355 |
| Total | $32.98 (1 item) |
| Sold by | bang_royy |

**Delivery info**

Arrives **Apr 23, 2026 - May 7, 2026**

**Paid** Mar 16 — Tracking available — Delivered

**Tracking details**

Shipping Service: Economy Shipping with Adult Signature Required

**Item info**




New Craftsman power tools tractors Logo Men's Funny T Shirt USA size S - XXL **$23.99**

**Item number:** 205211991810

White · S · Regular · Short Sleeve

Returns not accepted.

Buy again

More actions

## Other actions

Contact seller | Cancel this order

## Shipping address

Clovis Buckridgesvot
SVOT LLC, 7061 W. North Ave #326
Oak Park, Illinois 60302-1015
United States

## Payment info

[redacted] $32.98
Mar 16 at 4:01 AM

| | |
|---|---|
| 1 item | $23.99 |
| Shipping | $5.99 |
| Tax* | $3.00 |
| **Order total** | **$32.98** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

How do you like our order details page?
Tell us what you think

**Explore this store**
Shop store on eBay→



**Chifferobe Bazaar**
99.7% positive
Sponsored

Following image took on: March 20, 2026 at 7:13 AM UTC



**It's on the way.**
Arriving by Thu, May 7
Track package

## Order info

| | |
|---|---|
| Time placed | Mar 16, 2026 at 4:01 AM |
| Order number | 27-14347-63355 |
| Total | $32.98 (1 item) |
| Sold by | bang_royy |

### Delivery info

Arriving by **Thu, May 7**

**Paid** Mar 16 — **Tracking available** Mar 18 — Delivered

**Tracking details**

Number 9261290389122570935382

Track package

### Item info




New Craftsman power tools tractors Logo Men's Funny T Shirt USA size S - XXL — **$23.99**

**Item number:** 205211991810

White · S · Regular · Short Sleeve

Returns not accepted.

Buy again

More actions

Following image took on: March 30, 2026 at 4:18 PM UTC




Following image took on: March 30, 2026 at 4:18 PM UTC



Following image took on: March 30, 2026 at 4:18 PM UTC




Following image took on: March 30, 2026 at 4:18 PM UTC



Following image took on: March 30, 2026 at 4:18 PM UTC



# 5. batterystore1




Previous image took on: March 20, 2026 at 11:54 AM UTC

Product Page

[https://www.ebay.com/itm/316926369716](https://www.ebay.com/itm/316926369716)

Product ID

316926369716

Seller Name

batterystore1

Marketplace

eBay

Brand

Craftsman

Following image took on: March 20, 2026 at 11:54 AM UTC



Following image took on: March 20, 2026 at 11:54 AM UTC



About this item

Seller assumes all responsibility for this listing. eBay item number: 316926369716

Last updated on Feb 24, 2026 21:53:54 PST View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Country of Origin | United States |
| Expiration Date | 2064 | Battery Technology | Lithium-Ion (Li-Ion) |
| Warranty | 10 Years Warranty + 90 Days Money Back | Color | Red |
| Compatible with 2 | V20 20V MAX Lithium Battery Fast Charger CMCB104 | Certificates | FCC,CE,ROHS,PSE |
| Compatible Model | CMCS300B, CMCG400B, CMCK401D2, CMCG400B, CMCK401D2, CMCCS620M1 | MPN | CMCB206 |
| SHIPPING | Free shipping,24H Dispatch,1-4 days delivery | Brand | For Craftsman |
| Compatible with | V20 20V MAX Lithium Ion Battery CMCB201 CMCB202 CMCB204 CMCB206 | Battery Capacity | 8 Ah |
| Manufacturer Warranty | 10 Years | Voltage | 20 V |
| Model | CMCB204 | | |
| Category | Home & Garden > Tools & Workshop Equipment > Power Tool & Air Tool Acces... > Power Tool Batteries | | |

Following image took on: March 20, 2026 at 11:55 AM UTC



Hi Bob! Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Include description

batterystorey

98% positive feedback 44K items sold 1.6K followers Visit store Contact Save Seller

Category
All
FOR CRAFTSMAN
FOR CRAFTSMAN 20V
FOR CRAFTSMAN 19.2V

Shipping to 33173

Shipping and pickup
Arrives in 2-4 days
Free Shipping
Local Pickup within 25 mi

Price
Under $35.00
$35.00 to $75.00
Over $75.00
$ Min to $ Max

Available inventory

Craftsman

66 results for craftsman Save this search

All Auction Buy It Now Condition Item Location Sort: Best Match

2PACK 20V 8.0AH For Craftsman V20 20 Volt MAX Li-ion Battery CMCB204 CMCB205
Brand New
$46.99
or Best Offer
Free delivery
Located in United States
Free returns
batterystore1 98% positive (8.3K)

2PACK 20Volt For Craftsman V20 8.0Ah Li-ion Battery CMCB204 CMCB202 /Charger
Brand New
$22.00 to $64.00
Buy It Now
Free delivery
Located in United States
Free returns
batterystore1 98% positive (8.3K)

Following image took on: March 20, 2026 at 11:55 AM UTC

**batterystorey**

98% positive feedback 44K items sold 1.6K followers

Share Contact Save Seller

Categories Shop Sale About Feedback

**About us**

Dear buyers, our batteries are all made by our own factory, with guaranteed quality and affordable prices.
If you have cordless tools, you need batteries.
If you have batteries, you need chargers to charge.
The replacement batteries and chargers are from batterystorey.




Location: China
Member since: Aug 30, 2020
Seller: batterystore1

**Top Rated Seller**

batterystorey is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more

Following image took on: March 20, 2026 at 12:01 PM UTC

## Order info

| | |
|---|---|
| Time placed | Mar 20, 2026 at 4:58 AM |
| Order number | 27-14366-07430 |
| Total | $50.87 (1 item) |
| Sold by | batterystore1 |

**Delivery info**

Arrives **Mar 24, 2026 - Mar 27, 2026**

**Paid** Mar 20 — Tracking available — Delivered

**Tracking details**

Shipping Service: Standard Shipping

**Item info**




2PACK 20V 8.0AH For Craftsman V20 20 Volt MAX Li-ion Battery CMCB204 CMCB205 — **$46.99**

**Item number:** 316926369716

Returns accepted through Apr 26, 2026.

Buy again — More actions

**Seller info**

shenzhenshi lianchengweiye shiye youxiangognsi
Fuhaijiedao Xinheshequ Fuqiaosanqu, ErqichangfangA152ceng
Shenzhenshi Baoanqu 518000
China

## Other actions

Contact seller | Cancel this order

## Shipping address

Lou Bergnaumsvot
Svot LLC, 7061 North Ave
Oak Park, Illinois 60302-1015
United States

## Payment info

[redacted] $50.87 Mar 20 at 4:58 AM

| | |
|---|---|
| 1 item | $46.99 |
| Shipping | Free |
| Tax* | $3.88 |
| **Order total** | **$50.87** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

How do you like our order details page?
Tell us what you think

**Explore this store**
Shop store on eBay→



Pantano Power Equipment
99.5% positive Sponsored

Following image took on: March 20, 2026 at 12:00 PM UTC




Following image took on: June 8, 2026 at 10:53 AM UTC



Following image took on: April 2, 2026 at 3:57 PM UTC




Following image took on: April 2, 2026 at 3:57 PM UTC



Following image took on: April 2, 2026 at 3:57 PM UTC




Following image took on: April 2, 2026 at 3:57 PM UTC



Following image took on: April 2, 2026 at 3:57 PM UTC



Following image took on: April 2, 2026 at 3:57 PM UTC



Following image took on: April 2, 2026 at 3:57 PM UTC



# 6. berele-6




Previous image took on: March 16, 2026 at 10:02 AM UTC

Product Page

https://www.ebay.com/itm/317933480515

Marketplace

eBay

Product ID

317933480515

Brand

Craftsman

Seller Name

berele-6

Following image took on: March 16, 2026 at 10:02 AM UTC



Following image took on: March 16, 2026 at 10:02 AM UTC



About this item

Seller assumes all responsibility for this listing.

eBay item number: 317933480515

Last updated on Mar 06, 2026 17:56:52 PST View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Brand | Unbranded |
| Type | Pancake Air Compressor | Power Source | Battery Powered |
| Recommended Uses For Product | Tire Inflation, Automotive Tasks | Country of Origin | United States |
| Special Feature | Digital, Portable, Cordless | | |
| Category | Home & Garden > Tools & Workshop Equipment > Air Tools & Air Compressors > Air Compressors | | |

## Item description from the seller

**WE SHIP FROM US → US, SO YOU WILL NOT PAY ANY IMPORT FEES. THE DE MINIMIS LAW DOES NOT AFFECT YOUR ORDER.**

- Accurate pressure reading with easy-to-read digital display with highly accurate pressure read out (-2 PSI delta on all applications tested*)
- Battery powered for increased portability
- High pressure pump provides up to 150 PSI max pressure allows for wide variety of inflation applications
- Optimized D-Handle design with rubber over mold for a natural & comfortable grip that is evenly balanced
- Works with Craftsman V20 System

Following image took on: March 16, 2026 at 10:02 AM UTC



Hi Bob! Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Include description

berele-6

100% positive feedback (19) 34 items sold 3 followers Visit profile Contact Save

Category
All
Home & Garden
Air Compressors
Wet & Dry Vacuum Cleaners
Screw Guns & Screwdrivers
More +

Shipping to 33173

Shipping and pickup
Arrives in 2-4 days
Free Shipping
Local Pickup within 25 mi

Price
$ to $
Available inventory
$0 $1500+

Craftsman

3 results for craftsman Save this search

All Auction Buy It Now Condition Item Location Sort: Best Match

CRAFTSMAN V20 Air Compressor Portable, Cordless Tire Inflator, up to 150 PSI Tir
Brand New
$46.62
Buy It Now
Free delivery
Located in Brazil
3 watchers
berele-6 100% positive (19)

CRAFTSMAN 4V Electric Screwdriver Set, 300 RPM, Micro-USB Charging Port
Brand New
$51.52
Buy It Now
Free delivery
Located in Brazil
Last one
1 watchers
berele-6 100% positive (19)

Following image took on: March 16, 2026 at 10:03 AM UTC

Hi Bob! Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

## berele-6

100% positive feedback (19) 34 items sold 3 followers

Share Contact Save

Categories Shop **About** Feedback | Search all 70 items

### About

Location: **Brazil**
Member since: **May 07, 2024**

Do you like our profile experience?

Following image took on: April 21, 2026 at 7:03 AM UTC

**Order info**

| | |
|---|---|
| Time placed | Apr 10, 2026 at 7:13 AM |
| Order number | 04-14493-46589 |
| Total | $50.24 (1 item) |
| Sold by | berele-6 |

**Delivery info**

Arrives **May 9, 2026 - May 11, 2026**

**Paid** Apr 10 — **Shipped (Untracked)** Apr 18

**Tracking details**

Shipping Service: Standard Shipping

**Item info**



CRAFTSMAN V20 Air Compressor Portable, Cordless Tire Inflator, up to 160 PSI Tir **$45.57**

**Item number:** 317933480515

Returns accepted through Jun 10, 2026.

Buy again | More actions

**Other actions** Contact seller

**Shipping address**

Jennings Fardsvot
6351 West Montrose Ave #384, SVOT
Chicago, Illinois 60634-1563
United States

**Payment info**

Ending in 0138 — Kevin Pellow — $50.24 — Apr 10 at 7:13 AM

| | |
|---|---|
| 1 item | $45.57 |
| Shipping | Free |
| Tax* | $4.67 |
| **Order total** | **$50.24** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

How do you like our order details page? Tell us what you think

**Explore this store**
Shop store on eBay→

21/04/2026 08:02:54 • Explain and Send Screenshots
https://order.ebay.com/ord/show?itemId=317933480515&transactionId=10080559605404&mkevt=1&mkpid=0&emsid=e11401.m147516.l152615&mkcid=7&ch=osgood&euid=6af936ec99014511907f7af3166cacf4&bu=45820954906&exe=0&ext=0&osub=-1%7E1&crd=20260418001640&segname=11401#/

Following image took on: April 21, 2026 at 7:06 AM UTC




Following image took on: April 27, 2026 at 3:53 PM UTC



Following image took on: April 10, 2026 at 2:15 PM UTC




Following image took on: April 27, 2026 at 3:53 PM UTC



Following image took on: April 27, 2026 at 3:53 PM UTC



Following image took on: April 27, 2026 at 3:53 PM UTC



Following image took on: April 27, 2026 at 3:53 PM UTC


CRAFTSMAN®
V20* LITHIUM ION™
3 YEAR LIMITED WARRANTY™
WE BUILD PRIDE.™
HIGH PRESSURE INFLATOR (TOOL ONLY)
INFLADOR DE ALTA PRESIÓN (HERRAMIENTA ÚNICAMENTE)
DISPOSITIF DE GONFLAGE HAUTE PRESSION (OUTIL SEULEMENT)
CRAFTSMAN
00



TM
150 MAX PSI
TM
21"
HOSE LENGTH
BATTERY & CHARGER SOLD SEPARATELY
LA BATERÍA Y EL CARGADOR SE VENDEN POR SEPARADO
BATTERIE ET CHARGEUR VENDUS SÉPARÉMENT
CMCE521B

Following image took on: April 27, 2026 at 3:53 PM UTC


CRAFTSMAN®
V20* LITHIUM ION ™
3 YEAR LIMITED WARRANTY ™
WE BUILD PRIDE™
HIGH PRESSURE INFLATOR (TOOL ONLY)
INFLADOR DE ALTA PRESIÓN (HERRAMIENTA ÚNICAMENTE)
DISPOSITIF DE GONFLAGE HAUTE PRESSION (OUTIL SEULEMENT)
CRAFTSMAN
00.0 PSI


TM
150 MAX PSI
TM
21"
HOSE LENGTH
BATTERY & CHARGER
SOLD SEPARATELY
LA BATERÍA Y EL CARGADOR
SE VENDEN POR SEPARADO
BATTERIE ET CHARGEUR
VENDUS SÉPARÉMENT
CMCE521B

Following image took on: April 27, 2026 at 3:53 PM UTC



Following image took on: April 27, 2026 at 3:53 PM UTC

# CRAFTSMAN®

INSTRUCTION MANUAL | GUIDE D'UTILISATION | MANUAL DE INSTRUCTIONES

## 20V Max* Cordless High Pressure Inflator
## Gonfleur sans fil à haute pression 20V Max*
## Inflador de alta presión inalámbrico 20V Max*

**CMCE521**

IF YOU HAVE QUESTIONS OR COMMENTS, CONTACT US.
POUR TOUTE QUESTION OU TOUT COMMENTAIRE, NOUS CONTACTER.
SI TIENE DUDAS O COMENTARIOS, CONTÁCTENOS.


1-888-331-4569
WWW.CRAFTSMAN.COM

Following image took on: April 27, 2026 at 3:53 PM UTC

**Compatible battery packs and chargers / Blocs-piles et chargeurs compatibles / Baterías y cargadores compatibles**

| 20V Max* Li-Ion | | |
|---|---|---|
| | Battery Packs<br>Blocs-piles<br>Baterías | CMCB201, CMCB202, CMCB204, CMCB2015, CMCB205, CMCB206, CMCB209, CMCB2011 |
| | Chargers<br>Chargeurs<br>Cargadores | CMCB100, CMCB101, CMCB102, CMCB104, CMCB1104, CMCB124 |

* *Maximum initial battery voltage (measured without a workload) is 20 volts. Nominal voltage is 18.*

* *La tension initiale maximum du bloc-piles (mesurée à vide) est de 20 volts. La tension nominale est de 18.*

* *El máximo voltaje inicial de la batería (medido sin carga de trabajo) es 20 voltios. El voltaje nominal es de 18.*

⚠ ***WARNING:*** *Use of any other battery packs may create a risk of injury and fire.*

⚠ ***AVERTISSEMENT :*** *utiliser d'autres blocs-piles peut créer un risque de blessure ou d'incendie.*

⚠ ***ADVERTENCIA:*** *El uso de cualquier otro paquete de batería puede crear un riesgo de lesiones e incendio.*

CRAFTSMAN 701 East Joppa Road, Towson, MD 21286

Copyright © 2023

Following image took on: April 27, 2026 at 3:53 PM UTC



Following image took on: April 27, 2026 at 3:54 PM UTC



Following image took on: April 27, 2026 at 3:54 PM UTC



Following image took on: April 27, 2026 at 3:54 PM UTC



Following image took on: April 27, 2026 at 3:54 PM UTC



Following image took on: April 27, 2026 at 3:54 PM UTC



Following image took on: April 27, 2026 at 3:54 PM UTC



Following image took on: April 27, 2026 at 3:54 PM UTC



Following image took on: April 27, 2026 at 3:54 PM UTC



Following image took on: April 27, 2026 at 3:54 PM UTC



# 7. destinya25




Previous image took on: March 18, 2026 at 6:54 AM UTC

Product Page

https://www.ebay.com/itm/405013681906

Marketplace

eBay

Product ID

405013681906

Brand

Craftsman

Seller Name

destinya25

Following image took on: March 18, 2026 at 6:54 AM UTC



Following image took on: March 18, 2026 at 6:55 AM UTC

About this item

Seller assumes all responsibility for this listing.

eBay item number: 405013681906

Last updated on Jan 02, 2026 20:22:05 PST View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags | Seller Notes | "Shipping from United States, Discount Buy More One, Estimate Delivery 2-7 Business Days, American Mode United States Size" Read Less |
| Pattern | Solid | Sleeve Length | Short Sleeve |
| Neckline | Crew Neck | Character | Racing |
| Garment Care | Machine Washable | Year Manufactured | 2020-2029 |
| Material | Cotton | Fabric Type | Knit |
| Accents | Logo | Vintage | No |
| Personalize | No | Brand | Gildan |
| Fit | Regular | Graphic Print | No |
| Department | Men | Type | T-Shirt |
| Theme | American, Cars, Countries, Fire, Motorcycle, Movie, Ski, Sports, Transportation, USA | Features | Ring Spun |
| Season | Fall, Spring, Summer, Winter | Country/Region of Manufacture | United States |
| Handmade | No | Character Family | Free! |
| Product Line | Gildan 5000 | Country of Origin | United States |
| Category | Clothing, Shoes & Accessori... > ... > Men's Clothing > Shirts > T-Shirts | | |

## Item description from the seller

Satisfaction Guarantee

Following image took on: March 18, 2026 at 6:55 AM UTC

Hi Bob! Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Include description

## Finesse Fashion Store

100% positive feedback 276 items sold 20 followers

Visit store Contact Save Seller

Category

All

Clothing, Shoes & Accessories

Men's T-Shirts

Shipping to 33173

Shipping and pickup

Arrives in 2-4 days

Free Shipping

Local Pickup within 25 mi

Price

$ Min to $ Max

Available inventory

Craftsman

1 result for craftsman Save this search

All Auction Buy It Now Condition Item Location Sort: Best Match




New Shirt Craftsman power tools tractors Logo Funny Size S to 5XL

New (Other)

$20.00 to $28.00

destinya25 100% positive (139)

Buy It Now

+$4.00 delivery

Located in Indonesia

Tell us what you think

Following image took on: March 18, 2026 at 6:55 AM UTC

Hi Bob! Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

## Finesse Fashion Store

100% positive feedback 276 items sold 20 followers Share Contact Save Seller

Categories Shop Sale **About** Feedback

### About us

Location: **Indonesia**
Member since: **Jun 16, 2023**
Seller: **destinya25**

Do you like our store experience?

?

Following image took on: March 18, 2026 at 6:57 AM UTC

## Order info

| | |
|---|---|
| Time placed | Mar 17, 2026 at 11:56 PM |
| Order number | 09-14382-38671 |
| Total | $26.40 (1 item) |
| Sold by | destinya25 |

**Delivery info**

Arrives **Apr 6, 2026 - Apr 15, 2026**

Paid Mar 17 — Tracking available — Delivered

**Tracking details**

Shipping Service: Economy Shipping

**Item info**



New Shirt Craftsman power tools tractors Logo Funny Size S to 5XL **$20.00**
**Item number:** 405013681906
Black · S · Regular
Returns accepted through May 15, 2026.

Buy again More actions

## Other actions

Contact seller | Cancel this order

## Shipping address

Hayley Schimmelsvot
SVOT LLC, 7061 W. North Ave #326
Oak Park, Illinois 60302-1015
United States

## Payment info

[redacted] $26.40 Mar 17 at 11:56 PM

| | |
|---|---|
| 1 item | $20.00 |
| Shipping | $4.00 |
| Tax* | $2.40 |
| **Order total** | **$26.40** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

How do you like our order details page?
Tell us what you think

**Explore this store**
Shop store on eBay→



Amradield
98.9% positive Sponsored

Following image took on: April 1, 2026 at 8:32 AM UTC



**Your item was delivered.**
Delivered on Wed, Mar 25
Track package

## Order info

| | |
|---|---|
| Time placed | Mar 17, 2026 at 11:56 PM |
| Order number | 09-14382-38671 |
| Total | $26.40 (1 item) |
| Sold by | destinya25 |

### Delivery info

Delivered on **Wed, Mar 25**

| Paid | Tracking available | Delivered |
|---|---|---|
| Mar 17 | Mar 23 | Mar 25 |

### Tracking details

Number 1LSCYM0000S6UD6

Track package

### Item info




New Shirt Craftsman power tools tractors Logo Funny Size S to 5XL **$20.00**

**Item number:** 405013681906

Black · S · Regular

Returns accepted through Apr 24, 2026.

Buy again

More actions

Following image took on: April 6, 2026 at 12:26 PM UTC



Following image took on: April 6, 2026 at 12:26 PM UTC



Following image took on: April 6, 2026 at 12:26 PM UTC



Following image took on: April 6, 2026 at 12:26 PM UTC



Following image took on: April 6, 2026 at 12:26 PM UTC



Following image took on: April 6, 2026 at 1:03 PM UTC



Following image took on: April 6, 2026 at 1:03 PM UTC



Following image took on: April 6, 2026 at 1:03 PM UTC



Following image took on: April 6, 2026 at 1:03 PM UTC



Following image took on: April 6, 2026 at 1:03 PM UTC



# 8. dony340




Previous image took on: March 16, 2026 at 11:19 AM UTC

Product Page

https://www.ebay.com/itm/357886170457

Marketplace

eBay

Product ID

357886170457

Brand

Craftsman

Seller Name

dony340

Following image took on: March 16, 2026 at 11:19 AM UTC



Following image took on: March 16, 2026 at 11:20AM UTC

About this item

Seller assumes all responsibility for this listing.

eBay item number: 357886170457

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags | Seller Notes | ""Shipping from united states, Discount Buy More One, American Mode united states size"" |
| Neckline | Crew Neck | Year Manufactured | 2020-2029 |
| Fabric Type | Knit | Accents | Logo |
| Vintage | No | Personalize | No |
| Graphic Print | No | Department | Men |
| Features | Ring Spun | Season | Fall, Spring, Summer, Winter |
| Handmade | No | Pattern | Solid |
| Sleeve Length | Short Sleeve | Character | Racing |
| Garment Care | Machine Washable | Material | Cotton |
| Brand | Gildan | Fit | Regular |
| Type | T-Shirt | Model | Sportsman |
| Theme | American, Cars, Countries, Fire, Motorcycle, Movie, Ski, Sports, Transportation, USA | Country/Region of Manufacture | United States |
| Character Family | Free! | Product Line | Gildan 5000 |
| Category | Clothing, Shoes & Accessori... > ... > Men's Clothing > Shirts > T-Shirts | | |

## Item description from the seller

Following image took on: March 16, 2026 at 11:20AM UTC

Hi Bob! Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Include description

## Fashops

97.8% positive feedback 292 items sold 15 followers

Visit store Contact Save Seller

**Category**

All

Clothing, Shoes & Accessories

Men's T-Shirts

Shipping to 33173

**Shipping and pickup**

Arrives in 2-4 days

Free Shipping

Local Pickup within 25 mi

**Price**

$ Min to $ Max

Available inventory

Craftsman

1 result for **craftsman** Save this search

All Auction Buy It Now Condition Item Location Sort: Best Match




New craftsman logo T-Shirt Funny Size S to 5XL

New (Other)

**$27.00 to $35.00**

dony340 97.8% positive (114)

Buy It Now

+$6.00 delivery

Located in Indonesia

Tell us what you think

Following image took on: March 16, 2026 at 11:20 AM UTC

Hi Bob! Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

## Fashops

97.8% positive feedback 292 items sold 15 followers Share Contact Save Seller

Categories Shop Sale About Feedback

### About us

Location: **Indonesia**
Member since: **Nov 21, 2018**
Seller: **dony340**

Do you like our store experience?

?

Following image took on: March 16, 2026 at 11:22 AM UTC

## Order info

| | |
|---|---|
| Time placed | Mar 16, 2026 at 4:21 AM |
| Order number | 25-14350-43651 |
| Total | $36.30 (1 item) |
| Sold by | dony340 |

**Delivery info**

Arrives **Apr 3, 2026 - Apr 13, 2026**

**Paid** Mar 16 — Tracking available — Delivered

**Tracking details**

Shipping Service: Economy Shipping

**Item info**



New craftsman logo T-Shirt Funny Size S to 5XL **$27.00**
**Item number:** 357886170457
Black · S · Regular
Returns accepted through May 13, 2026.

Buy again More actions

## Other actions

Contact seller | Cancel this order

## Shipping address

Christian Dooleysvot
SVOT LLC, 7061 W. North Ave #326
Oak Park, Illinois 60302-1015
United States

## Payment info

[redacted] $36.30 Mar 16 at 4:21 AM

| | |
|---|---|
| 1 item | $27.00 |
| Shipping | $6.00 |
| Tax* | $3.30 |
| **Order total** | **$36.30** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

How do you like our order details page?
Tell us what you think

**Explore this store**
Shop store on eBay→



UnbeatSale
99.2% positive
Sponsored

Following image took on: May 8, 2026 at 6:12 AM UTC

## Order info

| | |
|---|---|
| Time placed | Mar 16, 2026 at 4:21 AM |
| Order number | 25-14350-43651 |
| Total | $36.30 (1 item) |
| Sold by | dony340 |

### Delivery info

Paid
Mar 16

Tracking available

Delivered

**Tracking details**

| | |
|---|---|
| Shipping Service | Economy Shipping |

### Item info



New craftsman logo T-Shirt Funny Size S to 5XL

$27.00

**Item number:** 357886170457

Black · S · Regular

Returns accepted through May 13, 2026.

Buy again

More actions

# 9. dooobest




Previous image took on: March 20, 2026 at 7:28 AM UTC

Product Page

https://www.ebay.com/itm/177755794980

Marketplace

eBay

Product ID

177755794980

Brand

Craftsman

Seller Name

dooobest

Following image took on: March 20, 2026 at 7:28 AM UTC



Following image took on: March 20, 2026 at 7:28 AM UTC

About this item

Seller assumes all responsibility for this listing.

eBay item number: 177755794980

Last updated on Mar 08, 2026 23:18:40 PDT View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Brand | For Craftsman |
| Battery Technology | Lithium-Ion (Li-Ion) | Battery Capacity | 8 Ah |
| Manufacturer Warranty | 10 years | Voltage | 20 V |
| Color | Red | Model | CMCB204 CMCB202 CMCB201 |
| MPN | CMCB204 CMCB201, CMCB205 | Shipping | Free shipping,24H Dispatch,1-6 days delivery |
| Country of Origin | United States | Certificate | CE PSE ROHS FCC |
| Category | Home & Garden > Tools & Workshop Equipment > Power Tool & Air Tool Acces... > Power Tool Batteries | | |

Following image took on: March 20, 2026 at 7:29 AM UTC

Hi Bob! Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Include description

**dooobest**

95.5% positive feedback 20K items sold 704 followers

Visit store Contact Save Seller

Category
All
Home & Garden
Power Tool Batteries

Shipping to 33173

Shipping and pickup
Arrives in 2-4 days
Free Shipping
Local Pickup within 25 mi

Price
Under $35.00
$35.00 to $75.00
Over $75.00
$ Min to $ Max

Available inventory
$0 $1500+

Craftsman

39 results for craftsman Save this search

All Auction Buy It Now Condition Item Location Sort: Best Match




2PACK 20V 8.0AH For Craftsman 20 Volt MAX Li-ion Battery CMCB204 CMCB202 CMCB201
Brand New
$44.98
or Best Offer
Free delivery
Located in United States
Free returns
Save up to 7% when you buy more
dooobest 95.5% positive (3.5K)




2PACK 20V 8.0AH For Craftsman 20 Volt MAX Li-ion Battery CMCB204 CMCB202 CMCB201
Brand New
$44.99
or Best Offer
Free delivery
Located in United States
Free returns
Save up to 7% when you buy more
dooobest 95.5% positive (3.5K)

Following image took on: March 20, 2026 at 7:29 AM UTC

Hi Bob! Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

We focus on high performance development and compatibility improvement, confidence to guarantee the batteries may fit the tools like the...

Learn more

**dooobest**

95.5% positive feedback 20K items sold 704 followers

Share Contact Save Seller

Categories Shop Sale About Feedback

**About us**

We focus on high performance development and compatibility improvement, confidence to guarantee the batteries may fit the tools like the original ones and even run longer than OEM batteries.
Our design and quality control department take responsibility for the vibration, heating, high temperature and high humidity, over charge, over discharge and short-circuit test. We ensure each product delivered to you was quality checked and in best performance.
Our products are tested and approved by CE, RoHS, FCC, UL and ISO9001/9002 certificate authority.
We provide professional and sweet after-sales service guarantee, to solve customer's any difficulties.

Location: **China**
Member since: **Jan 15, 2019**
Seller: **dooobest**

Following image took on: March 20, 2026 at 7:33 AM UTC

## Order info

| | |
|---|---|
| Time placed | Mar 20, 2026 at 12:32 AM |
| Order number | 21-14373-67449 |
| Total | $48.69 (1 item) |
| Sold by | dooobest |

**Delivery info**

Arrives **Mar 24, 2026 - Mar 30, 2026**

Paid Mar 20 — Tracking available — Delivered

**Tracking details**

| | |
|---|---|
| Shipping Service | USPS Ground Advantage |
| Carrier | USPS |

**Item info**




2PACK 20V 8.0AH For Craftsman 20 Volt MAX Li-ion Battery CMCB204 CMCB202 CMCB201 **$44.98**

**Item number:** 177755794980

Returns accepted through Apr 29, 2026.

Buy again More actions

**Seller info**

shenzhenshi yuanqishunkeji youxiangongsi
baoanqu fuhaijiedao qiaotoushequ zaoxia, lu74hao tengyaozhinengbangonglou 1401 D
shenzhenshi 518000
China

## Other actions

Contact seller | Cancel this order

## Shipping address

Rosanna Ullrichsvot
SVOT LLC, 7061 W. North Ave #326
Oak Park, Illinois 60302-1015
United States

## Payment info

[redacted] $48.69 Mar 20 at 12:32 AM

| | |
|---|---|
| 1 item | $44.98 |
| Shipping | Free |
| Tax* | $3.71 |
| **Order total** | **$48.69** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

How do you like our order details page?
Tell us what you think

**Explore this store**
Shop store on eBay→



T trust30605 100% positive Sponsored

Following image took on: March 20, 2026 at 7:48 AM UTC




Following image took on: June 8, 2026 at 11:26 AM UTC



Following image took on: April 2, 2026 at 4:12 PM UTC



Following image took on: April 2, 2026 at 4:12 PM UTC



Following image took on: April 2, 2026 at 4:12 PM UTC



Following image took on: April 2, 2026 at 4:12 PM UTC



Following image took on: April 2, 2026 at 4:12 PM UTC



Following image took on: April 2, 2026 at 4:12 PM UTC



Following image took on: April 2, 2026 at 4:12 PM UTC

