# 10. easton_7




Previous image took on: March 18, 2026 at 7:02 AM UTC

Product Page

https://www.ebay.com/itm/146197635657

Marketplace

eBay

Product ID

146197635657

Brand

Craftsman

Seller Name

easton_7

Following image took on: March 18, 2026 at 7:03 AM UTC



Following image took on: March 18, 2026 at 7:04 AM UTC

About this item

Seller assumes all responsibility for this listing.

eBay item number: 146197635657

Last updated on Dec 15, 2025 22:45:10 PST View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags | Seller Notes | "Shipping from united states, Discount Buy More One, Estimate Delivery 2-7 Business Days, American Mode united states size" Read Less |
| Neckline | Crew Neck | Year Manufactured | 2020-2029 |
| Fabric Type | Knit | Accents | Logo |
| Vintage | No | Personalize | No |
| Graphic Print | No | Department | Men |
| Features | Ring Spun | Season | Fall, Spring, Summer, Winter |
| Handmade | No | Pattern | Solid |
| Sleeve Length | Short Sleeve | Character | Racing |
| Garment Care | Machine Washable | Material | Cotton |
| Brand | Gildan | Fit | Regular |
| Type | T-Shirt | Model | Sportsman |
| Theme | American, Cars, Countries, Fire, Motorcycle, Movie, Ski, Sports, Transportation, USA | Country/Region of Manufacture | United States |
| Character Family | Free! | Product Line | Gildan 5000 |
| Country of Origin | United States | | |
| Category | Clothing, Shoes & Accessori... > ... > Men's Clothing > Shirts > T-Shirts | | |

## Item description from the seller

Satisfaction Guarantee

Following image took on: March 18, 2026 at 7:05 AM UTC

Hi Bob! Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Include description

## Ethereal Haven

100% positive feedback 198 items sold 8 followers

Visit store Contact Save Seller

Category

All

Clothing, Shoes & Accessories

Men's T-Shirts

Shipping to 33173

Shipping and pickup

Arrives in 2-4 days

Free Shipping

Local Pickup within 25 mi

Price

$ Min to $ Max

Available inventory

Craftsman

1 result for craftsman Save this search

All Auction Buy It Now Condition Item Location Sort: Best Match




New Craftsman power tools tractors Logo T-Shirt Funny Size S to 5XL

New (Other)

$20.00 to $27.00

easton_7 100% positive (91)

Buy It Now

+$4.00 delivery

Located in Indonesia

Tell us what you think

Following image took on: March 18, 2026 at 7:05 AM UTC

Hi Bob! Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

**Ethereal Haven**

100% positive feedback 198 items sold 8 followers Share Contact Save Seller

Categories Shop Sale **About** Feedback

## About us

Location: **Indonesia**
Member since: **May 10, 2023**
Seller: **easton_7**

Do you like our store experience?

?

Following image took on: March 18, 2026 at 7:08 AM UTC

## Order info

| | |
|---|---|
| Time placed | Mar 18, 2026 at 12:07 AM |
| Order number | 06-14387-05513 |
| Total | $26.40 (1 item) |
| Sold by | easton_7 |

**Delivery info**

Arrives **Apr 11, 2026 - Apr 30, 2026**

**Paid** Mar 18 — Tracking available — Delivered

**Tracking details**

| | |
|---|---|
| Shipping Service | USPS Ground Advantage |
| Carrier | USPS |

**Item info**



New Craftsman power tools tractors Logo T-Shirt Funny Size S to 5XL **$20.00**
**Item number:** 146197635657
Black · S · Regular
Returns accepted through May 30, 2026.

Buy again More actions

## Other actions

Contact seller | Cancel this order

## Shipping address

Garry Hicklesvot
SVOT LLC, 7061 W. North Ave #326
Oak Park, Illinois 60302-1015
United States

## Payment info

[redacted] $26.40 Mar 18 at 12:07 AM

| | |
|---|---|
| 1 item | $20.00 |
| Shipping | $4.00 |
| Tax* | $2.40 |
| **Order total** | **$26.40** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

How do you like our order details page?
Tell us what you think

**Explore this store**
Shop store on eBay→



**Vintage and Retro revival**
100% positive Sponsored

Following image took on: April 1, 2026 at 8:41 AM UTC



**Your item was delivered.**
Delivered on Wed, Mar 25
Track package

## Order info

| | |
|---|---|
| Time placed | Mar 18, 2026 at 12:07 AM |
| Order number | 06-14387-05513 |
| Total | $26.40 (1 item) |
| Sold by | easton_7 |

**Delivery info**

Delivered on **Wed, Mar 25**

| Paid | Tracking available | Delivered |
|---|---|---|
| Mar 18 | Mar 23 | Mar 25 |

**Tracking details**

Number 1LSCYM0000S7346

Track package

**Item info**



New Craftsman power tools tractors Logo T-Shirt Funny Size S to 5XL **$20.00**

**Item number:** 146197635657

Black · S · Regular

Returns accepted through Apr 24, 2026.

Buy again

More actions

Following image took on: April 6, 2026 at 3:15 PM UTC



Following image took on: April 6, 2026 at 3:15 PM UTC



Following image took on: April 6, 2026 at 3:15 PM UTC




Following image took on: April 6, 2026 at 3:15 PM UTC



Following image took on: April 6, 2026 at 3:15 PM UTC



# 11. edwdr18




Previous image took on: March 17, 2026 at 2:44 PM UTC

Product Page

https://www.ebay.com/itm/365586614025

Marketplace

eBay

Product ID

365586614025

Brand

Craftsman

Seller Name

edwdr18

Following image took on: March 17, 2026 at 2:45 PM UTC



Following image took on: March 17, 2026 at 2:45 PM UTC

About this item

Seller assumes all responsibility for this listing.

eBay item number: 365586614025

Last updated on Jan 06, 2026 19:42:33 PST View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags | Seller Notes | "Shipping from United States, American Mode United States Size, Estimate Delivery 2-5 Business Days" |
| Pattern | Solid | Neckline | Crew Neck |
| Character | Logo | Garment Care | Machine Washable |
| Year Manufactured | 2020-2029 | Material | Cotton |
| Fabric Type | Knit | Accents | Logo |
| Vintage | No | Personalize | No |
| Brand | Gildan | Fit | Regular |
| Graphic Print | No | Department | Men |
| Type | T-Shirt | Model | Sportsman |
| Theme | American, Cars, Countries, Fire, Motorcycle, Movie, Ski, Sports, Transportation, USA | Features | Ring Spun |
| Season | Fall, Spring, Summer, Winter | Country/Region of Manufacture | United States |
| Handmade | No | Character Family | Free! |
| Product Line | Gildan 5000 | Country of Origin | United States |
| Category | Clothing, Shoes & Accessori... > ... > Men's Clothing > Shirts > T-Shirts | | |

## Item description from the seller

Satisfaction Guarantee

Following image took on: March 17, 2026 at 2:45 PM UTC

Hi Bob! Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

Shop by category Search for anything All Categories Search Advanced

Include description

## Edward Casual Wear

98.7% positive feedback 175 items sold 21 followers

Visit store Contact Save Seller

Category

All

Clothing, Shoes & Accessories

Men's T-Shirts

Shipping to 33173

Shipping and pickup

Arrives in 2-4 days

Free Shipping

Local Pickup within 25 mi

Price

$ Min to $ Max

Available inventory

Craftsman

1 result for craftsman Save this search

All Auction Buy It Now Condition Item Location Sort: Best Match




NEW! Craftsman Tools Logo Long Sleeve T-Shirt Funny Size S to 5XL

New (Other)

$20.00 to $31.00

edwdrl8 98.7% positive (87)

Buy It Now

+$4.00 delivery

Located in Indonesia

Tell us what you think

Following image took on: March 17, 2026 at 2:45 PM UTC

Hi Bob! Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

## Edward Casual Wear

98.7% positive feedback 175 items sold 21 followers

Share Contact Save Seller

Categories Shop Sale **About** Feedback

### About us

Location: **Indonesia**
Member since: **Nov 27, 2019**
Seller: **edwdr18**

Do you like our store experience?

?

Following image took on: March 17, 2026 at 2:47 PM UTC

### Order info

| | |
|---|---|
| Time placed | Mar 17, 2026 at 7:46 AM |
| Order number | 19-14364-78676 |
| Total | $26.40 (1 item) |
| Sold by | edwdr18 |

**Delivery info**

Arrives **Apr 11, 2026 - Apr 30, 2026**

**Paid** Mar 17 — Tracking available — Delivered

**Tracking details**

| | |
|---|---|
| Shipping Service | USPS Ground Advantage |
| Carrier | USPS |

**Item info**



NEW! Craftsman Tools Logo Long Sleeve T-Shirt Funny Size S to 5XL **$20.00**
**Item number:** 365586614025
Black · S · Regular · Short Sleeve
Returns accepted through May 30, 2026.

Buy again More actions

### Other actions

Contact seller | Cancel this order

### Shipping address

Buck Waterssvot
SVOT LLC, 7061 W. North Ave #326
Oak Park, Illinois 60302-1015
United States

### Payment info

[redacted] $26.40
Mar 17 at 7:46 AM

| | |
|---|---|
| 1 item | $20.00 |
| Shipping | $4.00 |
| Tax* | $2.40 |
| **Order total** | **$26.40** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

How do you like our order details page?
Tell us what you think

**Explore this store**
Shop store on eBay→



Gifitto
100% positive Sponsored

Following image took on: March 31, 2026 at 3:21 PM UTC



Following image took on: March 31, 2026 at 3:21 PM UTC



Following image took on: March 31, 2026 at 3:21 PM UTC




Following image took on: March 31, 2026 at 3:21 PM UTC



Following image took on: March 31, 2026 at 3:21 PM UTC



# 12. ek_106




Previous image took on: March 18, 2026 at 10:49 AM UTC

Product Page

https://www.ebay.com/itm/406370745852

Marketplace

eBay

Product ID

406370745852

Brand

Craftsman

Seller Name

ek_106

Following image took on: March 18, 2026 at 10:49 AM UTC



Following image took on: March 18, 2026 at 10:49 AM UTC

About this item

Seller assumes all responsibility for this listing.

eBay item number: 406370745852

Last updated on Nov 16, 2025 06:33:29 PST View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Brand | Unbranded |
| Type | Crimper | | |
| Category | Health & Beauty > Hair Care & Styling > Hair Styling Devices > Straightening & Curling Irons | | |

## Item description from the seller

- This regulator is used on compressor
- Part fits model number 165570
- This part fits model number 167783
- 4-Inch long, 2-Inch wide, and 2-Inch high
- Package weight of this item is 2-Pound

Following image took on: March 18, 2026 at 10:49 AM UTC

Hi Bobl | Deals | Brand Outlet | Gift Cards | Help & Contact | Sell | Watchlist | My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Include description

## BOKE BOCY

93.6% positive feedback 146 items sold 12 followers

Visit store | Contact | Save Seller

Category
All
Health & Beauty
Hair Straighteners & Curling Irons

Shipping to 33173

Shipping and pickup
Arrives in 2-4 days
Free Shipping
Local Pickup within 25 mi

Price
$ Min to $ Max

Available inventory
$0 $1500+

Condition
New (1)

Craftsman

1 result for **craftsman** Save this search

All | Auction | Buy It Now | Condition | Item Location | Sort: Best Match



Craftsman D27253 Air Compressor Pressure Regulator Genuine Original Equipment Ma
Brand New
**$46.66**
or Best Offer
Free delivery
Located in Brazil
ek_106 93.6% positive (68)



Zero Turn Lawn Mower Hitch with 1-, 6mm Thicker Heavy Duty Steel Trailer Rece...
Brand New
**$35.90**
or Best Offer
Free delivery
Located in Brazil
ek_106 93.6% positive (68)

Following image took on: March 18, 2026 at 10:50 AM UTC

Hi Bob! Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

## BOKE BOCY

93.6% positive feedback 146 items sold 12 followers Share Contact Save Seller

Categories Shop Sale **About** Feedback

### About us

Location: **Brazil**
Member since: **Mar 28, 2025**
Seller: **ek_106**

Do you like our store experience?

?

Following image took on: March 18, 2026 at 10:58 AM UTC

## Order info

| | |
|---|---|
| Time placed | Mar 18, 2026 at 3:57 AM |
| Order number | 26-14358-35082 |
| Total | $51.33 (1 item) |
| Sold by | ek_106 |

**Delivery info**

Arrives **Mar 27, 2026 - Apr 3, 2026**

**Paid** Mar 18 — Tracking available — Delivered

**Tracking details**

Shipping Service: Standard Shipping from outside US

**Item info**



Craftsman D27253 Air Compressor Pressure Regulator Genuine Original Equipment Ma **$46.66**
**Item number:** 406370745852
Returns accepted through Apr 17, 2026.

Buy again More actions

## Other actions

Contact seller | Cancel this order

## Shipping address

Alexandre Leschsvot
SVOT LLC, 7061 W. North Ave #326
Oak Park, Illinois 60302-1015
United States

## Payment info

[redacted] $51.33 Mar 18 at 3:57 AM

| | |
|---|---|
| 1 item | $46.66 |
| Shipping | Free |
| Tax* | $4.67 |
| **Order total** | **$51.33** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

How do you like our order details page? Tell us what you think

**Explore this store**
Shop store on eBay→



GKHAIR Official Store
98.5% positive Sponsored

Following image took on: March 20, 2026 at 7:21 AM UTC

## Order info

| | |
|---|---|
| Time placed | Mar 18, 2026 at 3:57 AM |
| Order number | 26-14358-35082 |
| Total | $51.33 (1 item) |
| Sold by | ek_106 |

**Delivery info**

Arrives **Mar 27, 2026 - Apr 3, 2026**

**Paid**
Mar 18

**Shipped (Untracked)**
Mar 18

**Tracking details**

Shipping Service: Standard Shipping from outside US

**Item info**



Craftsman D27253 Air Compressor Pressure Regulator Genuine Original Equipment Ma

**$46.66**

**Item number:** 406370745852

Returns accepted through Apr 17, 2026.

Buy again

More actions

Following image took on: May 8, 2026 at 6:19 AM UTC

## Order info

| | |
|---|---|
| Time placed | Mar 18, 2026 at 3:57 AM |
| Order number | 26-14358-35082 |
| Total | $51.33 (1 item) |
| Sold by | ek_106 |

### Delivery info

Delivered on **Mon, Mar 23, 2026**

| **Paid** | **Tracking available** | **Delivered** |
|---|---|---|
| Mar 18 | Mar 20 | Mar 23 |

**Tracking details**

Number 1ZX617190349187061

Track package

### Item info



Craftsman D27253 Air Compressor Pressure Regulator Genuine Original Equipment Ma **$46.66**

**Item number:** 406370745852

Return window closed on Apr 6, 2026.

Buy again

More actions

# 13. elav-7079




Previous image took on: March 18, 2026 at 7:12 AM UTC

Product Page

https://www.ebay.com/itm/286720729252

Marketplace

eBay

Product ID

286720729252

Brand

Craftsman

Seller Name

elav-7079

Following image took on: March 18, 2026 at 7:12 AM UTC



Following image took on: March 18, 2026 at 7:12 AM UTC



About this item

Seller assumes all responsibility for this listing.

eBay item number: 286720729252

Last updated on Dec 20, 2025 19:35:09 PST View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags | Seller Notes | "Shipping from United States, American Mode United States Size, Estimate Delivery 2-5 Business Days" |
| Pattern | Solid | Neckline | Crew Neck |
| Character | Logo | Garment Care | Machine Washable |
| Year Manufactured | 2020-2029 | Material | Cotton |
| Fabric Type | Knit | Accents | Logo |
| Vintage | No | Personalize | No |
| Brand | Gildan | Fit | Regular |
| Graphic Print | No | Department | Men |
| Type | T-Shirt | Model | Sportsman |
| Theme | American, Cars, Countries, Fire, Motorcycle, Movie, Ski, Sports, Transportation, USA | Features | Ring Spun |
| Season | Fall, Spring, Summer, Winter | Country/Region of Manufacture | United States |
| Handmade | No | Character Family | Free! |
| Product Line | Gildan 5000 | Country of Origin | United States |
| Category | Clothing, Shoes & Accessori... > ... > Men's Clothing > Shirts > T-Shirts | | |

## Item description from the seller

Satisfaction Guarantee

Following image took on: March 18, 2026 at 7:13 AM UTC



Hi Bob! Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Include description

### The Prestige Apparel

100% positive feedback 83 items sold 12 followers

Visit store Contact Save Seller

Category
All
Clothing, Shoes & Accessories
Men's T-Shirts

Shipping to 33173

Shipping and pickup
Arrives in 2-4 days
Free Shipping
Local Pickup within 25 mi

Price
$ Min to $ Max

Available Inventory
$0 $1500+

Condition
New (26)

Craftsman

2 results for craftsman Save this search

All Auction Buy It Now Condition Item Location Sort: Best Match

NEW! Craftsman Tools Logo Long Sleeve T-Shirt Funny Size S to 5XL
New (Other)
$20.00 to $31.00
Buy It Now
+$4.00 delivery
Located in Indonesia
elav-7079 100% positive (51)

NEW! Craftsman Logo Long Sleeve T-Shirt Funny Size S to 5XL
New (Other)
$20.00 to $31.00
Buy It Now
+$4.00 delivery
Located in Indonesia
elav-7079 100% positive (51)

Following image took on: March 18, 2026 at 7:13 AM UTC



Hi Bob! Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

## The Prestige Apparel

100% positive feedback 83 items sold 12 followers

Share Contact Save Seller

Categories Shop Sale About Feedback

### About us

Location: **Indonesia**
Member since: **Nov 27, 2019**
Seller: **elav-7079**

Do you like our store experience?

Following image took on: March 18, 2026 at 7:15 AM UTC



### Order info

| | |
|---|---|
| Time placed | Mar 18, 2026 at 12:14 AM |
| Order number | 23-14362-39392 |
| Total | $26.40 (1 item) |
| Sold by | elav-7079 |

**Delivery info**

Arrives **Apr 11, 2026 - Apr 30, 2026**

**Paid** Mar 18 — Tracking available — Delivered

**Tracking details**

| | |
|---|---|
| Shipping Service | USPS Ground Advantage |
| Carrier | USPS |

**Item info**

NEW! Craftsman Tools Logo Long Sleeve T-Shirt Funny Size S to 5XL **$20.00**
**Item number:** 286720729252
Black · S · Regular · Short Sleeve
Returns accepted through May 30, 2026.

Buy again More actions

### Other actions

Contact seller | Cancel this order

### Shipping address

Ena Gerlachsvot
SVOT LLC, 7061 W. North Ave #326
Oak Park, Illinois 60302-1015
United States

### Payment info

[redacted] $26.40
Mar 18 at 12:14 AM

| | |
|---|---|
| 1 item | $20.00 |
| Shipping | $4.00 |
| Tax* | $2.40 |
| **Order total** | **$26.40** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

How do you like our order details page?
Tell us what you think

**Explore this store**
Shop store on eBay→

ThisGirlShop
100% positive Sponsored

Following image took on: April 1, 2026 at 8:34 AM UTC



**Your item was delivered.**

Delivered on Mon, Mar 30

Track package

## Order info

| | |
|---|---|
| Time placed | Mar 18, 2026 at 12:14 AM |
| Order number | 23-14362-39392 |
| Total | $26.40 (1 item) |
| Sold by | elav-7079 |

### Delivery info

Delivered on **Mon, Mar 30**

| Paid | Tracking available | Delivered |
|---|---|---|
| Mar 18 | Mar 26 | Mar 30 |

**Tracking details**

Number 1LSCYM0000SE0OI

Track package

### Item info



NEW! Craftsman Tools Logo Long Sleeve T-Shirt Funny Size S to 5XL **$20.00**

**Item number:** 286720729252

Black · S · Regular · Short Sleeve

Returns accepted through Apr 29, 2026.

Buy again

More actions

Following image took on: April 8, 2026 at 3:10 PM UTC



Following image took on: April 8, 2026 at 3:10 PM UTC



Following image took on: April 8, 2026 at 3:10 PM UTC




Following image took on: April 8, 2026 at 3:10 PM UTC



Following image took on: April 8, 2026 at 3:10 PM UTC



# 14. gakati_27




Previous image took on: March 16, 2026 at 9:44 AM UTC

Product Page

[https://www.ebay.com/itm/395378254679](https://www.ebay.com/itm/395378254679)

Marketplace

eBay

Product ID

395378254679

Brand

Craftsman

Seller Name

gakati_27

Following image took on: March 16, 2026 at 9:44 AM UTC



Following image took on: March 16, 2026 at 9:44 AM UTC

About this item

Seller assumes all responsibility for this listing.

eBay item number: 395378254679

Last updated on Jan 02, 2026 02:20:33 PST View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: This item is brand new and has never been worn. It still has the original tags and/or original packaging. See all condition definitions | Pattern | Solid |
| Sleeve Length | Short Sleeve | Neckline | Crew Neck |
| Character | Craftsman | Garment Care | Machine Washable |
| Color | Black | Material | Cotton |
| Fabric Type | Knit | Vintage | No |
| Brand | gakati.store | Fit | Regular |
| Personalize | No | Type | T-Shirt |
| Department | Men | Theme | Movie |
| Features | Preshrunk | Country/Region of Manufacture | United States |
| Handmade | No | Product Line | Heavy Cotton |
| Country of Origin | United States | | |
| Category | Clothing, Shoes & Accessori... > ... > Men's Clothing > Shirts > T-Shirts | | |

## Item description from the seller

Following image took on: March 16, 2026 at 9:44 AM UTC

Hi Bob! Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Include description

TOP LINE SHIRT

100% positive feedback 1.4K items sold 90 followers

Visit store Contact Save Seller

Category

All

SPORTS THEME

WORLD COMPANY THEME

Other

Shipping to 33173

Shipping and pickup

Arrives in 2-4 days

Free Shipping

Local Pickup within 25 mi

Price

$ Min to $ Max

Available inventory

$0 $1500+

Condition

Craftsman

19 results for craftsman Save this search

All Auction Buy It Now Condition Item Location Sort: Best Match



Craftsman Tools Men's Black Size S-5XL

Brand New

$18.69 to $23.69

Buy It Now

+$4.00 delivery

Located in Indonesia

2+ watchers

gakati_27 100% positive (513)



Craftsman Tools Powertools Men's Red Size S-5XL

Brand New

$18.69 to $26.69

Buy It Now

+$4.00 delivery

Located in Indonesia

gakati_27 100% positive (513)

Following image took on: March 16, 2026 at 9:48 AM UTC



Hi Bob! Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced



## TOP LINE SHIRT

**100%** positive feedback **1.4K** items sold **90** followers Share Contact Save Seller

Categories Shop Sale **About** Feedback

### About us

Dear My Customers,

Welcome to My Store. You can see a lot of unique and high guality items in my store.
We are specialized in clothing. We sell t-shirts, hoodies, and hats.
We shill all our items from UNITED STATES. Fast Handling and Shipping Time.
We hope you enjoy our store. HOPE TO MAKE A DEAL WITH YOU...

THANK YOU

Location: **Indonesia**
Member since: **May 27, 2022**
Seller: **gakati_27**

Following image took on: March 16, 2026 at 9:54 AM UTC



## Order info

| | |
|---|---|
| Time placed | Mar 16, 2026 at 2:53 AM |
| Order number | 22-14354-50580 |
| Total | $24.96 (1 item) |
| Sold by | gakati_27 |

**Delivery info**

Arrives **Mar 30, 2026 - Mar 31, 2026**

Paid Mar 16 — Tracking available — Delivered

**Tracking details**

Shipping Service: Expedited Shipping

**Item info**



Craftsman Tools Men's Black Size S-5XL $18.69
**Item number:** 395378254679
S · Regular
Returns accepted through Apr 30, 2026.

Buy again More actions

**Seller info**

randy rahadian
jalan keradak aminah, ciamis banjar sari
kabupaten ciamis 46331
Indonesia

**Other actions**

Contact seller | Cancel this order

**Shipping address**

Leilani Kozeysvot
SVOT LLC, 7061 W. North Ave #326
Oak Park, Illinois 60302-1015
United States

**Payment info**

[redacted] $24.96
Mar 16 at 2:53 AM

| | |
|---|---|
| 1 item | $18.69 |
| Shipping | $4.00 |
| Tax* | $2.27 |
| **Order total** | **$24.96** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

How do you like our order details page?
Tell us what you think

**Explore this store**
Shop store on eBay→

VikesGoneWild Cards n Thre...
100% positive Sponsored

Following image took on: March 16, 2026 at 9:54 AM UTC



Following image took on: March 20, 2026 at 7:10 AM UTC



**It's on the way.**

Arriving by Sat, Mar 21

Track package

## Order info

| | |
|---|---|
| Time placed | Mar 16, 2026 at 2:53 AM |
| Order number | 22-14354-50580 |
| Total | $24.96 (1 item) |
| Sold by | gakati_27 |

**Delivery info**

Arriving by **Sat, Mar 21**

**Paid** Mar 16 — **Tracking available** Mar 18 — Delivered

**Tracking details**

Number 1LSCYM0000RY9O9

Track package

**Item info**




Craftsman Tools Men's Black Size S-5XL

**$18.69**

**Item number:** 395378254679

S · Regular

Returns accepted through Apr 30, 2026.

Buy again

More actions

Following image took on: March 30, 2026 at 12:34 PM UTC



Following image took on: March 30, 2026 at 12:34 PM UTC



Following image took on: March 30, 2026 at 12:34 PM UTC



Following image took on: March 30, 2026 at 12:34 PM UTC



Following image took on: March 30, 2026 at 12:34 PM UTC



# 15. gbpowertec




Previous image took on: March 20, 2026 at 8:44 AM UTC

Product Page

https://www.ebay.com/itm/318011895406

Marketplace

eBay

Product ID

318011895406

Brand

Craftsman

Seller Name

gbpowertec

Following image took on: March 20, 2026 at 8:44 AM UTC



Following image took on: March 20, 2026 at 8:45 AM UTC

About this item

Seller assumes all responsibility for this listing.

eBay item number: 318011895406

Last updated on Mar 17, 2026 01:46:47 PDT View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Battery Technology | Lithium-Ion (Li-Ion) |
| Brand | For Craftsman | Certificate | CE FCC ROHS PSF |
| Color | Red | Compatible Charger | CMCB104 CMCB101 |
| Compatible Model | CMCK700D2, CMCD710C1, CMCD711C2, CMCD710C2 | Compatible Models | CMCE500D1, CMCN616C1, CMCS500B, CMCF810C1, CMCF800C2 |
| Compatible Model_2 | CMCS600B, CMCV002B, CMCS500B, CMCW220B, CMCE500B, CMCS300B | Compatible Model_3 | CMCD700C1, CMCK401D2, CMCK210C2, CMCK200C2 |
| Features | High-Quality, Long-Lasting, Fast Charging | Manufacturer Warranty | 10 years +90 days money back |
| Model | CMCB205 CMCB202 CMCB205 | Shipment | USPS 24H Dispatch, Free shipping, 1-6 days delivery |
| Voltage | 20 V | UPC | Does not apply |
| Category | Home & Garden > Tools & Workshop Equipment > Power Tool & Air Tool Acces... > Power Tool Batteries | | |

## Item description from the seller

**Product Description**

**Bonacell is world top brand for Replacement Battery. We are committed to providing each customer with the highest standard of shopping experience.**

**About US:**

We focus on designing and manufacturing varieties of Power Tool batteries with high quality and competitive price.We will do our best to serve you!-1) 10 Years Manufacturer Warranty+90 Days Money Back; 2) Orders dispactch within 24hs.1-4 days delivery; 3) Free shipping on all orders

Following image took on: March 20, 2026 at 8:45 AM UTC

Hi Bob! Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Include description

**gbpowertec**

99.4% positive feedback 19K items sold 1.3K followers

Visit store Contact Save Seller

**Category**

All

Home & Garden

Power Tool Batteries

Shipping to 33173

**Shipping and pickup**

- Arrives in 2-4 days
- Free Shipping
- Local Pickup within 25 mi

**Price**

- Under $35.00
- $35.00 to $75.00
- Over $75.00

$ Min to $ Max

Available inventory

$0 $1500+

Craftsman

267 results for craftsman Save this search

All Auction Buy It Now Condition Item Location Sort: Best Match




2PACK 20V 8.0AH For Craftsman 20 Volt MAX Li-ion Battery CMCB204 CMCB202 CMCB205
Brand New
**$44.99** ~~$49.99~~
or Best Offer
Free delivery
Located in United States
gbpowertec 99.4% positive (4.7K)




20Volt For Craftsman V20 8.0Ah Li-ion Battery / Charger CMCB205 CMCB204 CMCB202
Brand New
**$18.98 to $64.00** ~~$76.43~~
Buy It Now
Free delivery
Located in United States
Save up to 10% when you buy more
gbpowertec 99.4% positive (4.7K)

Following image took on: March 20, 2026 at 8:46 AM UTC

Hi Bob! Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced




**gbpowertec**

99.4% positive feedback 19K items sold 1.3K followers

Share Contact Save Seller

Categories Shop Sale **About** Feedback

**About us**

Location: **China**
Member since: **Oct 17, 2023**
Seller: **gbpowertec**

Following image took on: March 20, 2026 at 8:50 AM UTC

## Order info

| | |
|---|---|
| Time placed | Mar 20, 2026 at 1:48 AM |
| Order number | 05-14397-75135 |
| Total | $48.70 (1 item) |
| Sold by | gbpowertec |

**Delivery info**

Arrives **Mar 24, 2026 - Mar 27, 2026**

**Paid** Mar 20 — Tracking available — Delivered

**Tracking details**

Shipping Service: Standard Shipping

**Item info**



2PACK 20V 8.0AH For Craftsman 20 Volt MAX Li-ion Battery CMCB204 CMCB202 CMCB205 **$44.99**

**Item number:** 318011895406

Returns accepted through May 26, 2026.

Buy again | More actions

**Seller info**

SHENZHENSHI BONASI DIANZI YOUXIANGONGSI
Longgangqu Baolongjiedao Nanyueshequ Huangbaolu 66hao,
Zhuohonggaoerfuyayuan 1hao,9hao 2danyuan fushi16B
shenzhenshi, 广东省 518000
China

**Other actions**

Contact seller | Cancel this order

## Shipping address

Isabelle Leannonsvot
Svot LLC, 7061 W. North Ave, #326
Oak Park, Illinois 60302-1015
United States

## Payment info

[redacted] $48.70 Mar 20 at 1:49 AM

| | |
|---|---|
| 1 item | $44.99 |
| Shipping | Free |
| Tax* | $3.71 |
| **Order total** | **$48.70** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

How do you like our order details page?
Tell us what you think

**Explore this store**
Shop store on eBay→

FranksHardware42
100% positive
Sponsored

Following image took on: March 20, 2026 at 8:49 AM UTC




Following image took on: June 8, 2026 at 12:53 PM UTC



Following image took on: June 8, 2026 at 12:53 PM UTC




Following image took on: June 8, 2026 at 12:54 PM UTC



Following image took on: June 8, 2026 at 12:54 PM UTC




Following image took on: March 30, 2026 at 6:17 PM UTC



Following image took on: March 30, 2026 at 6:17 PM UTC



Following image took on: March 30, 2026 at 6:17 PM UTC



Following image took on: March 30, 2026 at 6:17 PM UTC



Following image took on: March 30, 2026 at 6:17 PM UTC



Following image took on: March 30, 2026 at 6:17 PM UTC



Following image took on: March 30, 2026 at 6:17 PM UTC



Following image took on: March 30, 2026 at 6:17 PM UTC



Following image took on: March 30, 2026 at 6:17 PM UTC



Following image took on: March 30, 2026 at 6:17 PM UTC



# 16. gema002




Previous image took on: March 18, 2026 at 6:47 AM UTC

Product Page

[https://www.ebay.com/itm/356363628181](https://www.ebay.com/itm/356363628181)

Marketplace

eBay

Product ID

356363628181

Brand

Craftsman

Seller Name

gema002

Following image took on: March 18, 2026 at 6:47 AM UTC



Following image took on: March 18, 2026 at 6:47 AM UTC

About this item

Seller assumes all responsibility for this listing.

eBay item number: 356363628181

Last updated on Dec 10, 2025 23:18:51 PST View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags | Seller Notes | ""shipping from united states, Discount Buy More One, Estimate 2-7 Days , Sweatshirt, Hoodie, T-Shirt , United States Size Mode American"" Read Less |
| Neckline | Crew Neck | Year Manufactured | 2020-2029 |
| Fabric Type | Knit | Accents | Logo |
| Vintage | No | Personalize | No |
| Graphic Print | No | Department | Men |
| Features | Ring Spun | Season | Fall, Spring, Summer, Winter |
| Handmade | No | Pattern | Solid |
| Sleeve Length | Short Sleeve | Character | Logo |
| Garment Care | Machine Washable | Material | Cotton |
| Brand | Gildan | Fit | Regular |
| Type | T-Shirt | Model | Sportsman |
| Theme | American, Cars, Countries, Fire, Motorcycle, Movie, Ski, Sports, Transportation, USA | Country/Region of Manufacture | United States |
| Character Family | Free! | Product Line | Gildan 5000 |
| Country of Origin | United States | | |
| Category | Clothing, Shoes & Accessori... > ... > Men's Clothing > Shirts > T-Shirts | | |

## Item description from the seller

# NEW T-SHIRT DESCRIPTION BRAND GILDAN

Satisfaction Guarantee from our products with a 100% Return Guarantee

Following image took on: March 18, 2026 at 6:47 AM UTC

Hi Bob! Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Include description

## Aether Apparel

98.6% positive feedback 383 items sold 29 followers

Visit store Contact Save Seller

Category
All
Clothing, Shoes & Accessories
Men's T-Shirts

Craftsman

1 result for craftsman Save this search

All Auction Buy It Now Condition Item Location Sort: Best Match

Shipping to 33173

Shipping and pickup
- Arrives in 2-4 days
- Free Shipping
- Local Pickup within 25 mi

Price
$ Min to $ Max

Available inventory




New Craftsman Tools Logo T-Shirt T-Shirt Funny Size S to 5XL
New (Other)

**$20.00 to $27.00**
Buy It Now
+$4.00 delivery
Located in Indonesia

gema002 98.6% positive (176)

Tell us what you think

Following image took on: March 18, 2026 at 6:48 AM UTC

Hi Bob! Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

## Aether Apparel

98.6% positive feedback 383 items sold 29 followers

Share Contact Save Seller

Categories Shop Sale **About** Feedback

### About us

Location: **Indonesia**
Member since: **Nov 21, 2018**
Seller: **gema002**

Do you like our store experience?

?

Following image took on: March 18, 2026 at 6:50 AM UTC

## Order info

| | |
|---|---|
| Time placed | Mar 17, 2026 at 11:49 PM |
| Order number | 19-14368-10534 |
| Total | $26.40 (1 item) |
| Sold by | gema002 |

**Delivery info**

Arrives **Apr 6, 2026 - Apr 15, 2026**

Paid Mar 17 — Tracking available — Delivered

**Tracking details**

Shipping Service: Economy Shipping

**Item info**



New Craftsman Tools Logo T-Shirt T-Shirt Funny Size S to 5XL **$20.00**
**Item number:** 356363628181
Black · S · Regular
Returns accepted through May 15, 2026.

Buy again | More actions

**Other actions**

Contact seller | Cancel this order

## Shipping address

Nia Bednarsvot
SVOT LLC, 7061 W. North Ave #326
Oak Park, Illinois 60302-1015
United States

## Payment info

[redacted] $26.40
Mar 17 at 11:49 PM

| | |
|---|---|
| 1 item | $20.00 |
| Shipping | $4.00 |
| Tax* | $2.40 |
| **Order total** | **$26.40** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

How do you like our order details page?
Tell us what you think

**Explore this store**
Shop store on eBay→



Amradield
98.9% positive
Sponsored

Following image took on: May 8, 2026 at 6:16 AM UTC

## Order info

| | |
|---|---|
| Time placed | Mar 17, 2026 at 11:49 PM |
| Order number | 19-14368-10534 |
| Total | $26.40 (1 item) |
| Sold by | gema002 |

### Delivery info

**Paid** Mar 17 — Tracking available — Delivered

**Tracking details**

Shipping Service: Economy Shipping

### Item info



New Craftsman Tools Logo T-Shirt T-Shirt Funny Size S to 5XL **$20.00**

**Item number:** 356363628181

Black · S · Regular

Returns accepted through May 15, 2026.

Buy again

More actions

# 17. guruhstore




Previous image took on: March 16, 2026 at 7:58 AM UTC

Product Page

https://www.ebay.com/itm/205579996164

Marketplace

eBay

Product ID

205579996164

Brand

Craftsman

Seller Name

guruhstore

Following image took on: March 16, 2026 at 7:58 AM UTC



Following image took on: March 16, 2026 at 7:59 AM UTC

About this item

Seller assumes all responsibility for this listing.

eBay item number: 205579996164

Last updated on Dec 23, 2025 21:56:30 PST View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: This item is brand new and has never been worn. It still has the original tags and/or original packaging. See all condition definitions | Brand | Gildan |
| Size Type | Regular | Department | Unisex Adults |
| Type | T-Shirt | Size | S-5XL |
| Color | Multicolor | Theme | 20s |
| Pattern | LOGO | Sleeve Length | Short Sleeve |
| Character | ALL | Neckline | Round Neck |
| Material | Cotton | Year Manufactured | 2020-2029 |
| Fabric Type | COTTON | Fit | Regular |
| Season | Fall, Spring, Summer, Winter | Country of Origin | United States |
| Category | Clothing, Shoes & Accessori... > ··· > Men's Clothing > Shirts > T-Shirts | | |

## Item description from the seller

The product is a funny T-shirt featuring the Craftsman Tools logo, made in the USA by Gildan. It is a unisex adult shirt in sizes S-5XL, made of cotton fabric with a crew neckline and short sleeves. The shirt is suitable for all seasons and can be machine washed. The design is solid with the brand logo as an accent, and it falls under the themes of transportation and camping. The shirt is ideal for individuals who enjoy a touch of humor and appreciate quality American-made products.

Following image took on: March 16, 2026 at 7:59 AM UTC

Hi Bob! Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

## guruhstore

99% positive feedback (193) 339 items sold 22 followers

Share Contact Save

About Feedback Search all items

## About

GuruhStore: Your Style, Your Expression.

Location: **Indonesia**
Member since: **Feb 05, 2024**

About eBay Announcements Community Security Center Seller Center Policies Affiliates Product Safety Tips Help & Contact Site Map

Copyright © 1995-2026 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

Following image took on: March 16, 2026 at 7:59 AM UTC



Hi Bob! Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Include description

**guruhstore**

99% positive feedback (193) 339 items sold 22 followers

Visit profile Contact Save

Shipping to 33173

Craftsman

0 results for craftsman Save this search

All Auction Buy It Now Condition Item Location

**Shipping and pickup**

Arrives in 2-4 days

Free Shipping

Local Pickup within 25 mi

**Price**

$ Min to $ Max

**Buying Format**

All Listings

Auction

Buy It Now

Accepts Offers

Following image took on: March 16, 2026 at 8:04 AM UTC



## Order info

| | |
|---|---|
| Time placed | Mar 16, 2026 at 1:01 AM |
| Order number | 11-14370-04364 |
| Total | $34.10 (1 item) |
| Sold by | guruhstore |

**Delivery info**

Arrives **Mar 31, 2026 - Apr 9, 2026**

**Paid** Mar 16 — Tracking available — Delivered

**Tracking details**

Shipping Service: Economy Shipping

**Item info**

Craftsman Tools logo funny T-Shirt Size S-5XL Made in USA **$26.00**

**Item number:** 205579996164

forest green · S

Returns accepted through May 9, 2026.

Buy again More actions

**Other actions** Contact seller | Cancel this order

## Shipping address

Marquis Pauceksvot
SVOT LLC, 7061 W. North Ave #326
Oak Park, Illinois 60302-1015
United States

## Payment info

$34.10
Mar 16 at 1:01 AM

| | |
|---|---|
| 1 item | $26.00 |
| Shipping | $5.00 |
| Tax* | $3.10 |
| **Order total** | **$34.10** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

How do you like our order details page? Tell us what you think

Extra 10% off
Shop store on eBay → Ends Jun 1, 2026
NEXT by jesse
100% positive Sponsored

Following image took on: March 20, 2026 at 7:08 AM UTC



**Your item was delivered.**

Delivered on Thu, Mar 19

Track package

## Order info

| | |
|---|---|
| Time placed | Mar 16, 2026 at 1:01 AM |
| Order number | 11-14370-04364 |
| Total | $34.10 (1 item) |
| Sold by | guruhstore |

### Delivery info

Delivered on **Thu, Mar 19**

| Paid | Tracking available | Delivered |
|---|---|---|
| Mar 16 | Mar 17 | Mar 19 |

**Tracking details**

Number 1LSCYM0000RVYNM

Track package

### Item info




Craftsman Tools logo funny T-Shirt Size S-5XL Made in USA **$26.00**

**Item number:** 205579996164

forest green · S

Returns accepted through Apr 18, 2026.

Buy again

More actions

Following image took on: March 30, 2026 at 1:39 PM UTC



Following image took on: March 30, 2026 at 1:39 PM UTC



Following image took on: March 30, 2026 at 1:39 PM UTC



Following image took on: March 30, 2026 at 1:39 PM UTC



Following image took on: March 30, 2026 at 1:39 PM UTC



# 18. honestandbestquality




Previous image took on: March 18, 2026 at 1:55 PM UTC

Product Page

https://www.ebay.com/itm/396311739556

Marketplace

eBay

Product ID

396311739556

Brand

Craftsman

Seller Name

honestandbestquality

Following image took on: March 18, 2026 at 1:55 PM UTC



Following image took on: March 18, 2026 at 1:55 PM UTC




Following image took on: March 18, 2026 at 1:56 PM UTC

About this item

Seller assumes all responsibility for this listing.

eBay item number: 396311739556

Last updated on Jan 22, 2026 22:41:27 PST View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is applicable). Packaging should be the same as what is found in a retail store, unless the item is handmade or was packaged by the manufacturer in non-retail packaging, such as an unprinted box or plastic bag. See the seller's listing for full details. See all condition definitions | Expiration Date | 2064 |
| Compatible with 1 | CMCS500B, CMCK700D2, CMCG400B, CMCE520B, CMCK2002, CMCBL0100B, C | Compatible with 5 | CMCST900D1, CMCBL720D2, CMCR001B, CMCH233B, CMCHTS820D1, CMCD701C |
| Compatible with 4 | CMCN618C1, CMCD711C2, CMCCS620M1, CMCCSP20M1, CMCD710C2 | Compatible with 3 | CMCCSL621D1, CMCS600B, CMCS714M1, CMCL020B, CMCF900B, |
| Compatible with 2 | CMCS500B, CMCK700D2, CMCG400B, CMCE520B, CMCK200C2, CMCBL0100B, | Certificates | CE; FCC; UL; PSE; ROHS; IEC; ISO9001/9002 |
| Standard | OEM Standard | MPN | CMCB201 CMCB202 CMCB204 |
| Compatible with 6 | CMCST920D2, CMCF810C1, CMCF800C2, CMCD700C1, CMCK210C2, CMCF920B | SHIPPING | Free shipping,24Hs Dispatch,1-4 days delivery |
| Manufacturer Warranty | 10 YEARS | Voltage | 20 V |
| Features | No Memory Effect,Over-charging Protection,Safe | Compatible Charger Model | Fit Craftsman Original Charger Well |
| Battery Technology | Lithium-Ion (Li-Ion) | Warranty | 10 Years Warranty + 60 Days Free Return |
| Color | Multicolor | Replace For | Craftsman 20V MAX Lithium Ion V20 series Batteries |
| Brand | For Craftsman | Compatible with | CMCB202 CMCB204 CMCB205, CMCB204, CMCB206 |
| Battery Capacity | 3.0AH /6.0AH | Advantage | No Memory Effect, Over-charging Protection, Safe |
| Model | CMCB201 CMCB202 CMCB204 | Country/Region of Manufacture | United States |
| Category | Home & Garden > Tools & Workshop Equipment > Power Tool & Air Tool Acces... > Power Tool Batteries | | |

## Item description from the seller

You may like

Following image took on: March 18, 2026 at 1:57 PM UTC




Following image took on: March 18, 2026 at 2:00 PM UTC



Following image took on: March 18, 2026 at 2:01 PM UTC

## Order info

| | |
|---|---|
| Time placed | Mar 18, 2026 at 6:59 AM |
| Order number | 07-14386-56223 |
| Total | $49.80 (1 item) |
| Sold by | honestandbestquality |

**Delivery info**

Arrives **Mar 21, 2026 - Mar 25, 2026**

Paid
Mar 18

Tracking available

Delivered

**Tracking details**

| | |
|---|---|
| Shipping Service | USPS Ground Advantage |
| Carrier | USPS |

**Item info**




6.0Ah 20V For Craftsman V20 20 Volt MAX Li-ion Battery CMCB204 CMCB202 / Charger **$46.00**

**Item number:** 396311739556

2x6.0Ah Battery

Returns accepted through Apr 24, 2026.

Buy again

More actions

**Seller info**

Shenzhenshi Basite Shangmao Youxiangongsi
Baoanqu Shajingjiedao Tanggangshequ, Xinshalunance Huashengzhihuidasha 1308
Guangdongsheng Shenzhenshi 518000
China

## Other actions

Contact seller | Cancel this order

## Shipping address

Nelda Metzsvot
SVOT LLC, 7061 W. North Ave #326
Oak Park, Illinois 60302-1015
United States

## Payment info

[redacted] $49.80
Mar 18 at 6:59 AM

| | |
|---|---|
| 1 item | $46.00 |
| Shipping | Free |
| Tax* | $3.80 |
| **Order total** | **$49.80** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

How do you like our order details page?
Tell us what you think

**Explore this store**
Shop store on eBay→



**ALL Great Deals ABQ**
98.2% positive
Sponsored

Following image took on: March 18, 2026 at 2:01 PM UTC



Following image took on: June 8, 2026 at 1:29 PM UTC




Following image took on: June 8, 2026 at 1:30 PM UTC



Following image took on: June 8, 2026 at 1:31 PM UTC




Following image took on: March 30, 2026 at 6:02 PM UTC



Following image took on: March 30, 2026 at 6:02 PM UTC



Following image took on: March 30, 2026 at 6:02 PM UTC


B+
NTC
ID
B-



Following image took on: March 30, 2026 at 6:02 PM UTC



Following image took on: March 30, 2026 at 6:02 PM UTC



Following image took on: March 30, 2026 at 6:02 PM UTC


RECHARGEABLE LITHIUM ION BATTERY
WARNING:
To reduce the risk of injury,read operator's manual. Charge only battery packs. Other types of batteries may cause personal injury of damage. Do not expose to rain.
ADVERTENCIA:
Para reducir el riesgo de lesiones, el usuario debe leer el manual de instrucciones. Utilice únicamente cargadores originales. No desmonte ni incinere la unidad. No cargue la unidad si está agrietado o dañado. Reciclelas baterías de manera adecuada.
Manufacturer Model: HCR06L 18v 8.0Ah 144Wh -- 20v
CE
Li-Ion
Made in China



Following image took on: March 30, 2026 at 6:02 PM UTC



Following image took on: March 30, 2026 at 6:02 PM UTC



# 19. jabar-3939




Previous image took on: March 16, 2026 at 10:44 AM UTC

Product Page

https://www.ebay.com/itm/167162348704

Product ID

167162348704

Seller Name

jabar-3939

Marketplace

eBay

Brand

Craftsman

Following image took on: March 16, 2026 at 10:44 AM UTC



Following image took on: March 16, 2026 at 10:45 AM UTC



About this item

Seller assumes all responsibility for this listing.

eBay item number: 167162348704

Last updated on Dec 08, 2025 23:50:41 PST View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New without tags | Seller Notes | "Shipping from united states,American Mode united states size , Estimate Delivery 2- 6 Business" |
| Neckline | Crew Neck | Year Manufactured | 2020-2029 |
| Fabric Type | Knit | Accents | Logo |
| Vintage | No | Personalize | No |
| Graphic Print | No | Department | Men |
| Features | Ring Spun | Season | Fall, Spring, Summer, Winter |
| Handmade | No | Pattern | Solid |
| Sleeve Length | Short Sleeve | Character | Logo |
| Garment Care | Machine Washable | Material | Cotton |
| Brand | Gildan | Fit | Regular |
| Type | T-Shirt | Model | Sportsman |
| Theme | American, Cars, Countries, Fire, Motorcycle, Movie, Ski, Sports, Transportation, USA | Country/Region of Manufacture | United States |
| Character Family | Free! | Product Line | Gildan 5000 |
| Country of Origin | United States | | |
| Category | Clothing, Shoes & Accessori... > ... > Men's Clothing > Shirts > T-Shirts | | |

## Item description from the seller

Your Satisfaction Is Our Priority

Following image took on: March 16, 2026 at 10:45 AM UTC



Hi Bob! Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Include description

BAHIROH T-SHIRT STORE

100% positive feedback 112 items sold 2 followers

Visit store Contact Save Seller

Category
All
Clothing, Shoes & Accessories
Men's T-Shirts

Shipping to 33173

Shipping and pickup
Arrives in 2-4 days
Free Shipping
Local Pickup within 25 mi

Price
$ Min to $ Max

Available Inventory
$0 $1500+

Condition
New (72)

Craftsman

3 results for craftsman Save this search

All Auction Buy It Now Condition Item Location Sort: Best Match

New Shirt Craftsman Tools Logo Funny T-Shirt Size S to 5XL
New (Other)
$20.00 to $27.00
Buy It Now
+$4.00 delivery
Located in Indonesia
jabar-3939 100% positive (66)

New Shirt Craftsman Tools Logo Funny T-Shirt Size S to 5XL
New (Other)
$20.00 to $27.00
Buy It Now
+$4.00 delivery
Located in Indonesia
jabar-3939 100% positive (66)

Following image took on: March 16, 2026 at 10:45 AM UTC

Hi Bob! Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

## BAHIROH T-SHIRT STORE

100% positive feedback 112 items sold 2 followers

Share Contact Save Seller

Categories Shop Sale **About** Feedback

### About us

Location: **Indonesia**
Member since: **Nov 28, 2019**
Seller: **jabar-3939**

Do you like our store experience?

?

Following image took on: March 16, 2026 at 10:48 AM UTC

## Order info

| | |
|---|---|
| Time placed | Mar 16, 2026 at 3:47 AM |
| Order number | 12-14369-14538 |
| Total | $26.40 (1 item) |
| Sold by | jabar-3939 |

**Delivery info**

Arrives **Apr 9, 2026 - Apr 28, 2026**

**Paid** Mar 16 — Tracking available — Delivered

**Tracking details**

| | |
|---|---|
| Shipping Service | USPS Ground Advantage |
| Carrier | USPS |

**Item info**




New Shirt Craftsman Tools Logo Funny T-Shirt Size S to 5XL — **$20.00**
**Item number:** 167162348704
Black · S · Regular
Returns accepted through May 28, 2026.

Buy again — More actions

## Other actions

Contact seller | Cancel this order

## Shipping address

Jackson Jonessvot
SVOT LLC, 7061 W. North Ave #326
Oak Park, Illinois 60302-1015
United States

## Payment info

[redacted] $26.40
Mar 16 at 3:47 AM

| | |
|---|---|
| 1 item | $20.00 |
| Shipping | $4.00 |
| Tax* | $2.40 |
| **Order total** | **$26.40** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

How do you like our order details page?
Tell us what you think

**Explore this store**
Shop store on eBay→



**Home Goods Apparel**
Sponsored

Following image took on: March 30, 2026 at 2:05 PM UTC



Following image took on: March 30, 2026 at 2:05 PM UTC



Following image took on: March 30, 2026 at 2:05 PM UTC




Following image took on: March 30, 2026 at 2:05 PM UTC



Following image took on: March 30, 2026 at 2:05 PM UTC

