# 54. Shandong Zhongcui E-commerce




Previous image took on: March 17, 2026 at 2:11 PM UTC

| | |
|---|---|
| Product Page | Marketplace |
| https://www.walmart.com/ip/CRAFTSMAN-VERSASTACK-17-Inch-Red-Lockable-Tool-Box-Durable-Storage-Organizer-Box/19219520431 | Walmart |
| Product ID | Brand |
| 19219520431 | Craftsman |
| Seller Name | |
| Shandong Zhongcui E-commerce | |

Following image took on: March 17, 2026 at 2:12 PM UTC



Following image took on: March 17, 2026 at 2:12 PM UTC



Following image took on: March 17, 2026 at 2:12 PM UTC

## About this item

### Product details

A rugged and durable water sealed tool box, the CRAFTSMAN® VERSASTACK™ Suitcase easily fits cordless and corded power tools as well as accessories and attachments with ease.

EASY and COMFORTABLE: Bi-material handle on top of each unit for easy and comfortable lifting

HEAVY-DUTY: Ball bearing slides reliable for heavy-duty loads

STACKABLE: All units can stack on top of each other, connected with durable side latches

Includes: (1) System Suitcase

- CRAFTSMAN VERSASTACK 17-Inch Red Lockable Tool Box Durable Storage Organizer Box
- CRAFTSMAN VERSASTACK 17-Inch Red Lockable Tool Box Durable Storage Organizer Box
- CRAFTSMAN VERSASTACK 17-Inch Red Lockable Tool Box Durable Storage Organizer Box
- CRAFTSMAN VERSASTACK 17-Inch Red Lockable Tool Box Durable Storage Organizer Box
- CRAFTSMAN VERSASTACK 17-Inch Red Lockable Tool Box Durable Storage Organizer Box

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Tool box & organizer type**

17

**Material**

NO

**Brand**

Unbranded

**Color**

Multicolor

Following image took on: March 17, 2026 at 2:12 PM UTC



Search everything at Walmart online and in store

Reorder My Items | Hi, Bob M Account | $0.00

Departments | Services

**Shandong Zhongcui E-commerce**

shandongshengrizhaoshidonggangquqinloujiedaoyantailuantaiguojiguangchang2haolou8-820shi
Rizhaoshi, SD 276800, CN

Contact business | (+86) 18123701692

**Seller Reviews** View all

5 out of 5

1 reviews

**About the seller** View more

Business Name: shandongzhongcuidianshangkejiyouxiangongsi

Report an issue with this seller

Featured | Shop all

**Seller reviews**

**5 out of 5**

1 rating | 0 review

How seller rating is calculated

| | |
|---|---|
| 5 stars | 100% (1) |
| 4 stars | 0% (0) |
| 3 stars | 0% (0) |
| 2 stars | 0% (0) |
| 1 star | 0% (0) |

Following image took on: March 17, 2026 at 2:21 PM UTC



**Mar 17, 2026 order** | Order# 2000142-53345038

Print

Delivery

**Arrives between Mon, Mar 30 - Mon, Apr 06**

Sold and shipped by Shandong Zhongcui E-commerce

Placed | Preparing | On the way | Delivered

**1 item**

CRAFTSMAN VERSASTACK 17-Inch Red Lockable Tool Box Durable Storage Organizer Box — **$58.68**

Qty 1

Contact seller to ask about your order

**Need to make a change?**

You won't be able to make changes when your shipment starts being prepared.

Edit payment method

Contact seller

Change delivery address

Cancel delivery

Delivery

**Address**

Bulah Dibbertsvot
SVOT LLC, 7061 W. North Ave 326, Oak Park, IL 60302

**Delivery instructions**

Apartment

We'll leave your order at the door

**Payment method**

VISA Ending in 4105

| | |
|---|---|
| Subtotal | $58.68 |
| Tax | $5.87 |
| Total | $64.55 |

**Charge history**

Your transaction activity for this order

Order# 2000142-53345038

Following image took on: April 1, 2026 at 8:46 AM UTC

# Mar 17, 2026 order | Order# 2000142-53345038

Delivery

**Delivered on Mar 24**

Sold and shipped by Shandong Zhongcui E-commerce

## How was your shipping experience?

Select a rating to begin quick survey.

☆☆☆☆☆

**1 item**

Return eligible until Apr 23



CRAFTSMAN VERSASTACK 17-Inch Red Lockable Tool Box Durable Storage Organizer Box

**$58.68**

Qty 1

☆ Review item or seller

Contact seller to ask about your order

Following image took on: March 17, 2026 at 2:13 PM UTC




Following image took on: June 9, 2026 at 8:13 AM UTC



Following image took on: June 9, 2026 at 8:13 AM UTC




Following image took on: June 9, 2026 at 8:14 AM UTC



Following image took on: March 30, 2026 at 6:47 PM UTC




Following image took on: March 30, 2026 at 6:47 PM UTC



Following image took on: March 30, 2026 at 6:47 PM UTC




Following image took on: March 30, 2026 at 6:47 PM UTC



Following image took on: March 30, 2026 at 6:47 PM UTC




Following image took on: March 30, 2026 at 6:47 PM UTC



Following image took on: March 30, 2026 at 6:47 PM UTC




Following image took on: March 30, 2026 at 6:47 PM UTC



Following image took on: March 30, 2026 at 6:47PM UTC


CRAFTSMAN
VERSASTACK
CRAFTSMAN
VERSASTACK
IP54

Following image took on: March 30, 2026 at 6:47 PM UTC



# 55. Star X Life




Previous image took on: March 24, 2026 at 10:38 AM UTC

Product Page

[https://www.walmart.com/ip/CRAFTSMAN-V-Series-1-4-in-Drive-SAE-6-Point-Tool-Set-38-pc-CMMT45750V/19346363861?selectedSellerId=102834946](https://www.walmart.com/ip/CRAFTSMAN-V-Series-1-4-in-Drive-SAE-6-Point-Tool-Set-38-pc-CMMT45750V/19346363861?selectedSellerId=102834946)

Product ID

19346363861

Seller Name

Star X Life

Marketplace

Walmart

Brand

Craftsman

Following image took on: March 24, 2026 at 10:38 AM UTC



Following image took on: March 24, 2026 at 10:40 AM UTC




Following image took on: March 24, 2026 at 4:33 PM UTC



Following image took on: March 24, 2026 at 4:33 PM UTC




Following image took on: March 24, 2026 at 10:40 AM UTC



Following image took on: March 24, 2026 at 2:01 PM UTC





STARs ad **Tear the paper ceiling** Skills-first hiring matters.



Sponsored

# Hi, John

**Account**

**Home**
Purchase history
Walmart+
My savings
Walmart Cash
Messages

**My items**
Reorder
Lists
Subscriptions
Registry
Protection plans

**My profile**
Reviews 2 items to review
Pets
Vehicles
Recipes
Giving & impact

**Other Accounts**
Pharmacy
Photo

**Settings**

**Sign Out**

## Mar 24, 2026 order | Order# 2000145-74578202

Print

Delivery
**Arrives between Thu, Apr 02 - Wed, Apr 08**

Sold and shipped by Star X Life

Placed — Preparing — On the way — Delivered

**1 item**



**Need to make a change?**

You won't be able to make changes when your shipment starts being prepared.

Contact seller

Cancel delivery

Need more help? Visit our help center.

VIZIO

**Unleash a world of color**



Sponsored

Delivery

**Address**
Trevor Gildsvot
SVOT LLC, 7061 W. North Ave, 326, Oak Park, IL 60302

**Delivery instructions**
Apartment
We'll leave your order at the door

**Payment method**
Gift Card **Ending in 2109**
VISA **Ending in 4368**

| | |
|---|---|
| **Subtotal** | **$58.50** |
| Tax | $5.85 |
| **Total** | **$64.35** |
| **Temporary adjusted total** | **$64.35** |

This covers adjustments to your final order total for items that are priced by weight or potentially substituted, and state bag fees where applicable. After your final order total is confirmed, **we'll refund any amount that's left over.**

If needed, your credit or debit card will be used to cover any cost differences that may exceed the adjustment charge amount.

**Charge history**
Your transaction activity for this order

Order# 2000145-74578202

Cancel order

Following image took on: March 24, 2026 at 10:53 AM UTC




Following image took on: June 9, 2026 at 8:14 AM UTC



Following image took on: June 9, 2026 at 8:14 AM UTC




Following image took on: June 9, 2026 at 8:15 AM UTC



Following image took on: April 7, 2026 at 3:43 PM UTC



Following image took on: April 7, 2026 at 3:43 PM UTC



Following image took on: April 7, 2026 at 3:43 PM UTC



Following image took on: April 7, 2026 at 3:43 PM UTC



Following image took on: April 7, 2026 at 3:43 PM UTC



Following image took on: April 7, 2026 at 3:43 PM UTC



Following image took on: April 7, 2026 at 3:43 PM UTC



Following image took on: April 7, 2026 at 3:43 PM UTC



Following image took on: April 7, 2026 at 3:43 PM UTC



# 56. Xiaomi's store




Previous image took on: March 16, 2026 at 11:43 AM UTC

Product Page

[https://www.walmart.com/ip/Craftsman-We-build-pride-craftsman-T-Shirt/15399959954](https://www.walmart.com/ip/Craftsman-We-build-pride-craftsman-T-Shirt/15399959954)

Marketplace

Walmart

Product ID

15399959954

Brand

Craftsman

Seller Name

Xiaomi's store

Following image took on: March 16, 2026 at 11:43 AM UTC



Following image took on: March 16, 2026 at 11:43 AM UTC

**Key item features**

- FEATURES: 100% cotton, round neck, short sleeved, super soft, it is quite well received by men and women for cool and fresh summer style
- FASHION MIX: Perfect for a casual look or a posh night out. easy to pair with your favorite shorts, pants, jeans, coat, jacket, sunglasses, hat and stylish shoes
- CLASSIC DESIGN: This faith tee is suitable for Summer, Spring, Fall and Winter. It keeps you cool and doesn't encourage sweat. It's very well suited to the Summer heat. In Spring or Fall, or when the temps climb up, you can add a jacket,blazer or cardigan to have a flattering look
- OCCASION: Loose fit summer shirt can cover all body shapes, show your beauty; suitable for beach, vacation, holiday, night out, date, party, street, business, office, work, club, travel or daily wear etc.
- CARE INSTRUCTIONS: Please check size details in product description. if you like a loose causal fit, please order a size up, turn garment inside out and wash cold / tumble dry on low temperature setting / do not bleach or iron directly on the print

View all item details

Following image took on: March 16, 2026 at 11:43 AM UTC




Following image took on: March 16, 2026 at 11:48 AM UTC



Following image took on: March 16, 2026 at 11:44 AM UTC




Following image took on: June 9, 2026 at 8:15 AM UTC



Following image took on: June 9, 2026 at 8:16 AM UTC




Following image took on: June 9, 2026 at 8:16 AM UTC



Following image took on: April 1, 2026 at 6:50 PM UTC

uniuni **ORD** **ORD-R 005**

281

**From:** USA INC
Contact: 6333798954
125 Vineland Ave

**Deliver to: Nettie Smithsvot**
**Contact: +18722821732**

**SVOT LLC, 7061 W. North Ave**
**326 Oak Park IL 60302**

**Tracking Number:**
**UUS63J4400339989555**

CL6S6P_12454132

154

2026-03-18 0[illegible]:24:11

UUS63J4400339989555

Following image took on: April 1, 2026 at 6:50 PM UTC



Following image took on: April 1, 2026 at 6:50 PM UTC




Following image took on: April 1, 2026 at 6:50 PM UTC



Following image took on: April 1, 2026 at 6:50 PM UTC



# 57. Zhang Cuishan Commerce




Previous image took on: March 24, 2026 at 10:45 AM UTC

Product Page

[https://www.walmart.com/ip/Craftsman-3-8-in-drive-Metric-Pear-Head-Long-Handle-Ratchet-72-teeth/18245804593?selectedSellerId=102852194](https://www.walmart.com/ip/Craftsman-3-8-in-drive-Metric-Pear-Head-Long-Handle-Ratchet-72-teeth/18245804593?selectedSellerId=102852194)

Product ID

18245804593

Seller Name

Zhang Cuishan Commerce

Marketplace

Walmart

Brand

Craftsman

Following image took on: March 24, 2026 at 10:45 AM UTC



Following image took on: March 24, 2026 at 10:46 AM UTC




Following image took on: March 24, 2026 at 10:46 AM UTC



Following image took on: March 24, 2026 at 1:11 PM UTC

Captured by FireShot Pro [24-03-2026, 09:04:03 AM]

# Mar 24, 2026 order | Order# 2000143-71469709

Print

Delivery

**Arrives between Thu, Apr 02 - Thu, Apr 09**

Sold and shipped by Zhang Cuishan Commerce

Placed — Preparing — On the way — Delivered

**1 item**



**Need to make a change?**

You won't be able to make changes when your shipment starts being prepared.

Contact seller

Cancel delivery

Need more help? Visit our help center.


TheraBreath

**Mix & match oral care**




Sponsored


Delivery

## Address

Stan Heirsvot
7627 Lake St, Ste 201, River Forest, IL
60305

## Delivery instructions

Apartment

We'll leave your order at the door

## Payment method

Gift Card **Ending in 1288**

VISA **Ending in 4368**

| | |
|---|---|
| **Subtotal** | **$69.93** |
| Tax | $6.99 |
| **Total** | **$76.92** |
| **Temporary adjusted total** | **$76.92** |

This covers adjustments to your final order total for items that are priced by weight or potentially substituted, and state bag fees where applicable. After your final order total is confirmed, **we'll refund any amount that's left over.**

If needed, your credit or debit card will be used to cover any cost differences that may exceed the adjustment charge amount.

**Charge history**

Your transaction activity for this order

Order# 2000143-71469709

Cancel order

We'd love to hear what you think!

Give feedback

Following image took on: March 24, 2026 at 10:47AM UTC




Following image took on: June 9, 2026 at 8:16AM UTC



Following image took on: June 9, 2026 at 8:17 AM UTC




Following image took on: June 9, 2026 at 8:17 AM UTC

