**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

STANLEY BLACK & DECKER, INC. and
BLACK & DECKER (U.S.) INC.,

Plaintiffs,

v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

Defendants.

Case No. 26-cv-08182

**Judge Manish S. Shah**

**Magistrate Judge Karyn L. Bass Ehler**

**PLAINTIFFS' *EX PARTE* MOTION TO**
**EXTEND THE TEMPORARY RESTRAINING ORDER**

Plaintiffs Stanley Black & Decker, Inc. and Black & Decker (U.S.) Inc. ("SBD" or "Plaintiffs") seek to extend the Temporary Restraining Order granted and entered by the Court on July 29, 2026 [19], by a period of fourteen (14) days until August 26, 2026. Such application is based upon this Motion and the concurrently filed Memorandum of Law.

Dated this 7th day of August 2026.

Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Alexander Whang
Victor B. Chahin
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
alexander@tme-law.com
victor@tme-law.com

*Counsel for Plaintiffs Stanley Black & Decker, Inc. and Black & Decker (U.S.) Inc.*