**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STANLEY BLACK & DECKER, INC. and BLACK & DECKER (U.S.) INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | Case No. 26-cv-08182<br><br>**Judge Manish S. Shah**<br><br>**Magistrate Judge Karyn L. Bass Ehler** |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' *EX PARTE***
**MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER**

Pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure and the Court's inherent power to effectuate its own orders, Plaintiffs Stanley Black & Decker, Inc. and Black & Decker (U.S.) Inc. ("SBD" or "Plaintiffs") seek to extend the Temporary Restraining Order granted and entered by the Court on July 29, 2026 ("TRO") [19] for a period of fourteen (14) days until August 26, 2026.

This Court entered the TRO against the Defendants identified on Schedule A to the Complaint on July 29, 2026. [19]. The TRO expires on August 12, 2026. The TRO has been served on third parties providing services for the Defendants. Declaration of Martin F. Trainor at ¶ 2. As of August 7, 2026, the third parties have not completed effectuating the TRO. *Id.* SBD plans to freeze financial accounts identified by the third parties. *Id.*

Pursuant to Federal Rule of Civil Procedure 65, a TRO can be entered for 14 days and can be extended, for good cause, for an additional 14 days. Fed. R. Civ. P. 65(b)(2). There is good cause to extend the TRO because there is a high probability the Defendants will continue to harm

SBD without the TRO in place. Specifically, Defendants will likely attempt to move any assets from their financial accounts to offshore accounts. As discussed in Plaintiffs' Memorandum in Support of its *Ex Parte* Motion for Entry of a Temporary Restraining Order, and as found by the Court in granting the TRO, this possibility of harm is significant. Accordingly, in the interest of justice, extension of the TRO is necessary. In light of the above, SBD respectfully requests that the TRO be extended for a period of fourteen (14) days until August 26, 2026.

Dated this 7th day of August 2026. Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Alexander Whang
Victor B. Chahin
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
alexander@tme-law.com
victor@tme-law.com

*Counsel for Plaintiffs Stanley Black & Decker, Inc. and Black & Decker (U.S.) Inc.*