**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

STANLEY BLACK & DECKER INC. and
BLACK & DECKER (U.S.) INC.,

Plaintiffs,

v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

Defendants.

Case No. 26-cv-08182

**Judge Manish S. Shah**

**Magistrate Judge Karyn L. Bass Ehler**

**DECLARATION OF MARTIN F. TRAINOR**

I, Martin F. Trainor, of the City of Chicago, in the State of Illinois, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am an attorney for Plaintiffs Stanley Black & Decker, Inc. and Black & Decker (U.S.) Inc. ("SBD" or "Plaintiffs"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as witness, I could and would competently testify as follows:

2. The Temporary Restraining Order granted and entered by the Court on July 29, 2026 ("TRO") was served on third parties providing services for the Defendants. As of August 7, the third parties have not completed effectuating the TRO. SBD plans to freeze financial accounts identified by the third parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 7, 2026, at Chicago, Illinois.

/s/ *Martin F. Trainor*
Martin F. Trainor