**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STANLEY BLACK & DECKER, INC. and BLACK & DECKER (U.S.) INC.<br><br>Plaintiff,<br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | Case No. 26-cv-08182<br><br>**Judge Manish S. Shah**<br><br>**Magistrate Judge Karyn L. Bass Ehler** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday August 11, 2026, at 9:45 a.m., Plaintiffs, by their counsel, shall appear before the Honorable Manish S. Shah in Courtroom 1919 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiffs' *Ex Parte* Motion to Extend the Temporary Restraining Order.

Dated this 7th day of August 2026.

Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Alexander Whang
Victor B. Chahin
TME Law, P.C.
10 S. Riverside Plaza
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
alexander@tme-law.com
victor@tme-law.com

*Counsel for Plaintiff Stanley Black & Decker, Inc. and Black & Decker (U.S.) Inc.*