**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

STANLEY BLACK & DECKER, INC. and BLACK & DECKER (U.S.) INC.,

Plaintiffs,

v.

THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.

Case No. 26-cv-08182

**Judge Manish S. Shah**

**Magistrate Judge Karyn L. Bass Ehler**

**PLAINTIFFS' MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION**

Plaintiffs Stanley Black & Decker, Inc. and Black & Decker (U.S.) Inc. ("Plaintiffs" or "SBD") seek entry of a preliminary injunction. The relief sought in the requested preliminary injunction is practically identical to the relief already granted in the Temporary Restraining Order entered by this Court on July 29, 2026. *See* [19]. In support of its Motion, SBD files herewith a Memorandum of Law and a Declaration of Martin F. Trainor.

Dated this 21st day of August 2026.

Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Alexander Whang
Victor B. Chahin
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
alexander@tme-law.com
victor@tme-law.com

*Counsel for Plaintiffs Stanley Black & Decker, Inc. and Black & Decker (U.S.) Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of August 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system and I will electronically publish the documents on a website and send an email to the email addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Martin F. Trainor
Martin F. Trainor
Alexander Whang
Victor B. Chahin
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
alexander@tme-law.com
victor@tme-law.com

*Counsel for Plaintiffs Stanley Black & Decker, Inc. and Black & Decker (U.S.) Inc.*