# EXHIBIT A

| No. | Seller Alias | E-Mail Address |
|---|---|---|
| 1 | Energup | amazonfinder@163.com |
| 2 | aahy_5506 | edward_cardenasvbpa@outlook.com |
| 3 | antoyarbo0 | antoninoyarborough0@gmail.com |
| 4 | bang_royy | faiz600haikal@gmail.com |
| 5 | batterystore1 | powereverstore@163.com |
| 6 | berele-6 | nancywx_smithof@hotmail.com |
| 7 | destinya25 | destinyabackminks@gmail.com |
| 8 | dony340 | dony.rusmana11@gmail.com |
| 9 | dooobest | dosctt@163.com |
| 10 | easton_7 | reaston97@yahoo.com |
| 11 | edwdr18 | edwarddrew977@outlook.com |
| 12 | ek_106 | gapekak3@gmail.com |
| 13 | elav-7079 | avramelam693@gmail.com |
| 14 | gakati_27 | gakatirtatort@gmail.com |
| 15 | gbpowertec | gbpowertec2023@outlook.com |
| 16 | gema002 | gema.dika829@gmail.com |
| 17 | guruhstore | guruhjamal72@gmail.com |
| 18 | honestandbestquality | basiterbest@163.com |
| 19 | jabar-3939 | javasbarnes008@outlook.com |
| 20 | jessicafurt_0 | furtivekangaroosjessica@gmail.com |
| 21 | jojer-1129 | jonahjerolin752@outlook.com |
| 22 | jotu_8485 | tungjonh22@gmail.com |
| 23 | lanpaobu | lanpaobui@outlook.com |
| 24 | leaving-20 | klonlgongl@163.com |
| 25 | nefa7560 | nezhafathi8@gmail.com |
| 26 | nish3331 | nsanath424@gmail.com |
| 27 | officialbattery | aszy2025010@163.com |
| 28 | pf6-52 | 18005056893@163.com |
| 29 | por-7801 | kovtunporadna@gmail.com |
| 30 | powertoolbattery6688 | thissenergysystem@163.com |
| 31 | ra-2329 | cecepradi925@yahoo.com |
| 32 | rarab_5467 | rayarabbani524@yahoo.com |
| 33 | relaxant | ruiyurelax@outlook.com |
| 34 | ringrils | dolphingril@outlook.com |
| 35 | sancpatr-0 | sancapatra@gmail.com |
| 36 | selvigallery | selvirisma777@gmail.com |
| 37 | superman2874 | airmall_72@163.com |
| 38 | toplifepower | aszy202508@163.com |
| 39 | walkvol0 | volivawalkiria@gmail.com |
| 40 | wozijid-47 | wozijide1550730@163.com |
| 41 | Monsterry | sales@monsterry.com |
| 42 | thegiftio | sales@thegiftio.com |

| | | |
|---|---|---|
| 43 | cdvgrdhth | genli91938087@163.com |
| 44 | Garden Soil Pot Shop | SSQQKK004@163.COM |
| 45 | boqiner | temu374884414@163.com |
| 46 | Hehanjuanbqmao | 15892070920@163.com |
| 47 | Sensual Touch | 707925817@qq.com |
| 48 | Unisex Baseball Hat | 17326587895@163.com |
| 49 | WGY cap | 19739064130@163.com |
| 50 | YZWCap | 2562729661@qq.com |
| 51 | ZSPap | 15359780607@163.com |
| 52 | Cloudot Trade | niqiangkuisp3@163.com |
| 53 | GleeSoar Business | luzhi50808@163.com |
| 54 | Shandong Zhongcui E-commerce | lengjihis241@163.com |
| 55 | Star X Life | waihundingjf74@163.com |
| 56 | Xiaomi's store | 15080111998@163.com |
| 57 | Zhang Cuishan Commerce | smcmv25fmpzfi@163.com |