**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STANLEY BLACK & DECKER, INC. and BLACK & DECKER (U.S.) INC.,<br><br>Plaintiffs,<br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | Case No. 26-cv-08182<br><br>**Judge Manish S. Shah**<br><br>**Magistrate Judge Karyn L. Bass Ehler** |

**DECLARATION OF MARTIN F. TRAINOR**

I, Martin F. Trainor, of the City of Chicago, in the State of Illinois, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am an attorney for Plaintiffs Stanley Black & Decker, Inc. and Black & Decker (U.S.) Inc. ("Plaintiffs" or "SBD"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as witness, I could and would competently testify as follows:

2. Since and pursuant to entry of the Temporary Restraining Order [19], financial accounts associated with the Seller Aliases have been frozen. Roughly $140,000 has been restrained in the Defendants' financial accounts.

3. Based on limited production my office received from Amazon.com, Inc., eBay, Inc., Roadget Business Pte. Ltd., Whaleco, Inc. ("Temu"), and Walmart, Inc. ("Walmart")

regarding Defendants' sales of the one product SBD's investigators purchased, the Defendants have generated at least $1.75 million in revenue from products using counterfeit versions of SBD's trademarks. Defendant No. 1, Energup, who has roughly $98,500 restrained, has generated over $1.7 million in revenue from products using counterfeit versions of SBD's trademarks.

4. As of the date of this filing, SBD is unaware of the full scope of Defendants' counterfeit product sales revenue and has not been provided a full sales accounting for any Defendant.

5. **Exhibit 1** attached hereto is a true and correct copy of the unpublished decision cited in Plaintiffs' Memorandum in Support of their Motion for Entry of a Preliminary Injunction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 21, 2026, in Chicago, Illinois.

/s/ *Martin F. Trainor*
Martin F. Trainor