**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STANLEY BLACK & DECKER, INC. and BLACK & DECKER (U.S.) INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | Case No. 26-cv-08182<br><br>**Judge Manish S. Shah**<br><br>**Magistrate Judge Karyn L. Bass Ehler** |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on Wednesday, August 26, 2026, at 9:45 a.m., Plaintiffs, by their counsel, shall appear before the Honorable Judge Manish S. Shah, in Courtroom 1919 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiffs' Motion for Entry of a Preliminary Injunction.

Dated this 21st day of August 2026.

Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Alexander Whang
Victor B. Chahin
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
alexander@tme-law.com
victor@tme-law.com

*Counsel for Plaintiffs Stanley Black & Decker, Inc. and Black & Decker (U.S.) Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of August 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system and I will electronically publish the foregoing on a website and send an email to the email addresses identified in Exhibit A to Plaintiffs' Motion for Entry of a Preliminary Injunction that includes a link to said website.

/s/ Martin F. Trainor
Martin F. Trainor
Alexander Whang
Victor B. Chahin
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
alexander@tme-law.com
victor@tme-law.com

*Counsel for Plaintiffs Stanley Black & Decker, Inc. and Black & Decker (U.S.) Inc.*