**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

STANLEY BLACK & DECKER, INC. and BLACK & DECKER (U.S.) INC.,

Plaintiffs,

v.

THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.

Case No. 26-cv-08182

**Judge Manish S. Shah**

**PRELIMINARY INJUNCTION ORDER**

THIS CAUSE being before the Court on Plaintiffs Stanley Black & Decker, Inc.'s and Black & Decker (U.S.) Inc.'s ("Plaintiffs" or "SBD") Motion for Entry of a Preliminary Injunction, and this Court having heard the evidence before it hereby GRANTS SBD's Motion for Entry of a Preliminary Injunction as follows against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A attached hereto (collectively the "Seller Aliases").

This Court finds that Defendants have sold products using infringing and counterfeit versions of SBD's federally registered trademarks (the "CRAFTSMAN Trademarks"). A list of the CRAFTSMAN Trademarks is included in the chart below.

[1] The e-commerce store URLs are listed on Schedule A hereto.

| Registration Number | Trademark | Registration Date | Goods and Services |
|---|---|---|---|
| 1,389,958 | CRAFTSMAN | Apr. 15, 1986 | For: All-purpose wire cleaning and scraping brushes in Class 021. |
| 1,388,833 | CRAFTSMAN | Apr. 08, 1986 | For: Lawn spreaders and compressed air sprayer in Class 007. |
| 1,388,982 | CRAFTSMAN | Apr. 08, 1986 | For: Lawn and garden spray units to be connected to a water supply in Class 011. |
| 1,397,661 | CRAFTSMAN | Jun. 17, 1986 | For: Air hose for pneumatic tools in Class 017. |
| 1,418,186 | CRAFTSMAN | Nov. 25, 1986 | For: Pin punches, brake adjusting tools, carpenter's clamps, c-clamps, and c-clamp sets, and clamps in the nature of hand tools in Class 008. |
| 1,400,931 | CRAFTSMAN | Jul. 15, 1986 | For: Lawn vacuums with shredding and bagging capacity, lawn sweepers, lawn vacuums, and snow throwers in Class 007. |
| 1,440,446 | CRAFTSMAN | May 26, 1987 | For: Riding lawn mowers and riding mower grass catchers in Class 007.<br><br>For: Garden tractors and sleeve hitch attachments for garden tractors, garden cartsk, wheelbarrows and hand trucks in Class 012. |
| 1,410,237 | CRAFTSMAN | Sep. 23, 1986 | For: Electric wet-dry vacuums in Class 009. |
| 1,409,457 | CRAFTSMAN | Sep. 16, 1986 | For: Tool chests, dividers for tool chests; rollaway tool cabinets; side shelves for rollaways, professional work |

| | | | |
|---|---|---|---|
| | | | chests, tool caddies, including mobile type; portable tool cabinets with or without wheels; sliding work surfaces; sliding trays, 2-drawer add-on sets, security drawers, 9" drawers for rollaways, cantilever trays, side boxes for work chests, socket organizers, socket trays for use as parts of tool cabinets; parts trays, drawer dividers, drawer liners, mats for tool cabinets and tool chests, all plastic in Class 020. |
| 1,413,049 | CRAFTSMAN | Oct. 14, 1986 | For: Power-operated tools, and parts and accessories therefor, namely, hammer drills, impact wrenches, planers, shears, cutter blades, impact chuck and bit sets, chucks, edge guides, tool post holders; sanders accessories, namely, sanding platen assemblies, sanding pads, sanding discs, commercial wax removing bonnets, buffing bonnets, polishing heads; air tools and accessories, namely, orbital sanders, rotary sanders, straight line sanders, rotary/orbital sanders; die grinders, die grinder kits, holders for rotary grinders, cutters, discs for cutters, short barrel hammers, long barrel hammers, drills, electronic drills, routers, scrollers; electric generators; and tillers |

| | | | |
|---|---|---|---|
| | | | in Class 007. |
| 1,418,956 | CRAFTSMAN | Dec. 02, 1986 | For: Lawn dethatchers in Class 007. |
| 1,546,082 | CRAFTSMAN | Jul. 04, 1989 | For: Agricultural and earth working implements for use with lawn mowers or tractors, namely, rollers, aerators, plows, plow blades, harrow blades, grader blades, snow blades, and cultivators in Class 007. |
| 1,707,786 | CRAFTSMAN | Aug. 18, 1992 | For: Lawn and garden equipment; namely, power blowers in Class 007. |
| 1,707,787 | CRAFTSMAN | Aug. 18, 1992 | For: Gasoline-powered and electric chipper-shredders in Class 007. |
| 1,702,866 | CRAFTSMAN | Jul. 28, 1992 | For: Lawn and garden equipment; namely, power edgers, trimmers and edger-trimmers in Class 007. |
| 1,702,867 | CRAFTSMAN | Jul. 28, 1992 | For: Lawn and garden equipment; namely, power cultivators in Class 007. |
| 1,702,871 | CRAFTSMAN | Jul. 28, 1992 | For: Chain saws in Class 007. |
| 1,702,873 | CRAFTSMAN | Jul. 28, 1992 | For: Lawn and garden equipment; namely, power sprayer washers. |
| 1,781,282 | CRAFTSMAN | Jul. 13, 1993 | For: Electric lighting products; namely, worklights in Class 011. |
| 1,824,278 | CRAFTSMAN | Mar, 01, 1994 | For: Electrical cord reels and electrical surge arresters in Class 009. |
| 1,927,755 | CRAFTSMAN | Oct. 17, 1995 | For: Clothing, namely gloves in Class 025. |

| | | | |
|---|---|---|---|
| 2,087,020 | CRAFTSMAN | Aug. 12, 1997 | For: Hand tools, namely, spring clamps, stud fingers, and bar clamps in Class 008.<br><br>For: Carpenter pencils in Class 016. |
| 2,564,043 | CRAFTSMAN | Apr. 23, 2002 | For: Electronic acoustic signal level measuring tool in Class 009. |
| 2,569,359 | CRAFTSMAN | May 14, 2002 | For: Electronic measuring devices, namely, multimeters, battery testers, ammeters, digital thermometers not for medical purposes, and compact and pocket sized multitesters in Class 009. |
| 2,760,368 | CRAFTSMAN | Sep. 02, 2003 | For: Toys, namely, toy hand tools, toy power tools, toy tool storage units, toy work benches, toy flashlights, multiple activity toys, electronically operated toy motor vehicles and toy wagons in Class 028. |
| 2,941,737 | CRAFTSMAN | Apr. 19, 2005 | For: Battery-operated flashlights; electric lighting products; namely, worklights in Class 011. |
| 2,936,154 | CRAFTSMAN | Mar. 29, 2005 | For: Full line of power tools and attachments therefore for home, workshop, yard, automotive and industrial use; a full line of gasoline and electric powered lawn and garden tools for home and commercial use; jacks, namely, hydraulic jacks; lawn and garden equipment, namely, power sprayer washers, power cultivators, |

| | | | |
|---|---|---|---|
| | | | power edgers, power trimmers and edger-trimmers, power blowers; chain saws; gasoline-powered and electric chipper-shredders; sump pumps; well pumps; agricultural and earth working implements for use with lawn mowers or tractors, namely, rollers, aerators, plows, plow blades, harrow blades, grader blades, snow blades, dozer blades, cultivators and furrow openers; power-operated lawn dethatchers; power-operated tools, namely, hammer drills, impact wrenches, planers, shears, nibblers, cutter blades, rip guides, nibbler heads, impact chuck and bit sets, chucks, edge guides, blade holders, tool post holders, and replacement parts therefore; accessories for power sanders, namely, sanding plate assemblies, sanding pads, sanding discs, sanding guards, commercial wax removing bonnets, buffing bonnets, polishing heads; air tools and accessories, namely, orbital sanders, rotary sanders, straight line sanders, rotary/orbital sanders; power-operated die grinders, power-operated die grinder kits comprised of carbide bits, abrasive discs, grinding motor, collets and storage case, holders for power- |

| | | | |
|---|---|---|---|
| | | | operated rotary grinders, power operated cutters, discs for power-operated cutters, short barrel power-operated hammers, long barrel power-operated hammers, power drills; electronic drills, routers and scrollers; electric generators; tillers, namely, power-operated garden tillers; riding lawn mowers, namely, rear engine riding lawn mowers; riding mower grass catchers, mowing decks and wheels for lawn mowers; lawn vacuums with shredding and bagging capacity, power-operated lawn sweepers, lawn vacuums, snow throwers; lawn mower accessories, namely, replacement blades, replacement wheels, air filters, tune-up kits comprised of spark plugs, air filter and oil, grass catchers, clipping deflectors, lathes, power-operated wood shapers, power-operated planers, power-operated jointers, power-operated combination jointer-planer, power-operated combination jointer-planer-molder, and power-operated combination planer-molder; lawn spreaders, namely, mechanical spreaders for seed, dry lawn chemicals, sand and chemical preparations for melting snow and ice, compressed air |

| | | | |
|---|---|---|---|
| | | | spreader; gas-powered garden tillers; air compressors/sprayers; accessories for air compressors, namely, air-operated paint guns; airless paint sprayer guns; generators, namely, electric generators in Class 007. |
| 2,957,029 | CRAFTSMAN | May 31, 2005 | For: Full line of manually operated tools and attachments therefore for home, workshop, yard, automotive and industrial use; hand tools, namely, lug wrenches, spring clamps, stud finders, and carpenter's squares, tool holsters, tool holders, pin punches, brake adjusting tools, carpenter's clamps, clamps in the nature of hand tools, utility knives and blades, steel cradle hammer/hatchet holders, sledges, wedges, nail pullers and bars, lopping shears, punches, tin snips, shaping planes, shaping files, round shaping files, tap and die sets, and tote shovels; and mechanics' hand tools, namely, socket wrenches and sockets, ratchet wrenches, spinner handles for socket wrenches, extension bars, combination wrenches, ignition wrenches, hex keys wrenches, hacksaws, and manual electrical crimping tools in Class 008. |

| | | | |
|---|---|---|---|
| 2,951,463 | CRAFTSMAN | May 17, 2005 | For: Electric measuring devices, namely, multimeters, battery testers, ammeters, digital thermometers not for medical purposes, and benchtop, compact and pocket sized multitesters; replacement blades for tape measures; tape measures, tape measure holders, protective knee pads; electrical cord reels and electrical surge arresters; electric garage door openers; batteries and battery chargers; and safety glasses in Class 009. |
| 2,895,793 | CRAFTSMAN | Oct. 19, 2004 | For: Carts, tractor cabs, and wheel weights for enhancing the stability and traction of tractor wheels; lawn tractors, namely, rear engine lawn tractors, garden tractors and sleeve hitch attachments for garden tractors; garden carts, wheelbarrows and hand trucks in Class 012. |
| 2,913,074 | CRAFTSMAN | Dec. 21, 2004 | For: Tool bags, tool pouches, and nail/tool bags, all sold empty in Class 018. |
| 2,913,075 | CRAFTSMAN | Dec. 21, 2004 | For: Tool chests; dividers for tool chests; rollaway tool cabinets; side shelves for rollaway tool cabinet; tool caddies, namely, non-metal tool boxes, including mobile type; portable tool cabinets with or without wheels; sliding work surfaces for tool cabinets and tool chests; sliding trays for tool cabinets |

| | | | |
|---|---|---|---|
| | | | and tool chests, drawer add-on sets, namely, drawers and dividers therefor; security drawers, drawers for rollaways, cantilever trays for tool cabinets and tool chests; socket organizers and socket trays for use as parts of tool cabinets; parts trays for tool cabinets and tool chests; drawer dividers, plastic mat inserts for tool cabinets and tool chests; and work benches in Class 020. |
| 3,128,951 | CRAFTSMAN | Aug. 15, 2006 | For: Clothing, namely, overalls, work shirts, coveralls, jeans, workpants, coats, jackets, vests, t-shirts, fleece tops and woven shirts, and footwear in Class 025. |
| 4,058,681 | CRAFTSMAN | Nov. 22, 2011 | For: Manually operated metal garden hose valves in Class 006.<br><br>For: Sprayer nozzles for garden hoses in Class 021. |
| 4,203,435 | CRAFTSMAN | Sep. 04, 2012 | For: Apparel, namely, tops, bottoms, shirts, sweaters, sweatshirts, pants, jeans, shorts, jackets, and headwear in Class 025. |
| 565,462 | CRAFTSMAN | Oct. 21, 1952 | For: Tool boxes, tool chests, drill cases all sold empty in the trade in Class 002. |
| 551,491 | CRAFTSMAN | Dec. 04 1951 | For: Levels, miter boxes, square, tape lines, rules, thickness gauges, dividers, feeler gauges, wire gauges, thread gauges, and magnifiers in Class 026. |

| | | | |
|---|---|---|---|
| 576,891 | CRAFTSMAN | Jul. 07, 1953 | For: Electric goods-, namely, motors, electrical hand manipulable portable drills and saws; portable hand sanders and polishers; soldering irons; portable hand grinders; arc welders and accessories in Class 021. |
| 2,363,819 | CRAFTSMAN CLUB | Jul. 04, 2000 | For: Buying clubs featuring contests and newsletters that feature information on tools in Class 035. |

This Court also finds that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of SBD's previously granted Motion for Entry of a Temporary Restraining Order establishes that SBD has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that SBD will suffer irreparable harm if the injunction is not granted.

Specifically, SBD has proved a *prima facie* case of trademark infringement because (1) the CRAFTSMAN Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use the CRAFTSMAN Trademarks, and (3) Defendants' use of the CRAFTSMAN Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' Unauthorized Products with SBD. Furthermore, Defendants' continued and unauthorized use of the CRAFTSMAN Trademarks irreparably harms SBD through diminished goodwill and brand confidence, damage to SBD's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, SBD has an inadequate remedy

at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. As such, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all other persons acting in active concert or participation with them be preliminarily enjoined or restrained from:

   a. using the CRAFTSMAN Trademarks or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not SBD's genuine product or not authorized by SBD to be sold in connection with the CRAFTSMAN Trademarks;

   b. passing off, inducing, or enabling others to sell or pass off any product as SBD's genuine product or any other product produced by SBD, that is not SBD's or not produced under the authorization, control, or supervision of SBD and approved by SBD for sale under the CRAFTSMAN Trademarks;

   c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of SBD, or are sponsored by, approved by, or otherwise connected with SBD;

   d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for SBD, nor authorized by SBD to be sold or offered for sale, and which bear the CRAFTSMAN Trademarks, or any reproductions, counterfeit copies, or colorable imitations thereof.

2. Upon SBD's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Seller Aliases, including, without limitation, any online marketplace platforms such as Amazon.com, Inc. ("Amazon"), eBay, Inc. ("eBay"), Roadget Business Pte. Ltd. ("SHEIN"), Whaleco, Inc. ("Temu"), and Walmart, Inc. ("Walmart") (collectively, the "Third Party Providers") shall, within seven (7) calendar days after receipt of such notice, provide to SBD expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to disclose:

a. the identities and locations of Defendants, their affiliates, officers, agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales of products using the CRAFTSMAN Trademarks, methods of payment for services, and financial information, including, without limitation, identifying information associated with Defendants' Seller Aliases and financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Seller Aliases for products using the CRAFTSMAN Trademarks; and

c. any financial accounts owned or controlled by Defendants, including their affiliates, officers, agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Amazon,

Amazon Pay, eBay, Payoneer Global, Inc. ("Payoneer"), PayPal, Inc. ("PayPal"), SHEIN, Stripe, Inc. ("Stripe"), Temu, and Walmart, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3. Upon SBD's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the CRAFTSMAN Trademarks.

4. Any Third Party Providers, including Amazon, Amazon Pay, eBay, Payoneer, PayPal, SHEIN, Stripe, Temu, and Walmart, shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' Seller Aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Carl Myers, and any e-mail addresses provided for Defendants by third parties; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of funds traceable to the proceeds of sales of products using the CRAFTSMAN Trademarks until further ordered by this Court, or the expiration of this Order, whichever is earlier. Upon a showing that restrained assets are not attributable to the sale of products using the CRAFTSMAN Trademarks, the Court will modify the asset restraint.

5. SBD is authorized to issue expedited written discovery, pursuant to Federal Rules of Civil Procedure 33, 34, and 36, related to:

   a. the identities and locations of Defendants, their affiliates, officers, agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, including any and all associated e-mail addresses; and

   b. the nature of Defendants' operations and all associated sales of products using the CRAFTSMAN Trademarks, methods of payment for services and financial information, including, without limitation, identifying information associated with Defendants' Seller Aliases and financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Seller Aliases for products using the CRAFTSMAN Trademarks.

6. SBD is authorized to issue the expedited discovery requests authorized by Paragraph 5 via e-mail. Defendants shall respond to any such discovery requests within seven (7) calendar days of being served via e-mail.

7. SBD may provide notice of these proceedings and any future motions in this case to Defendants by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website and by sending an e-mail with an attachment of the relevant documents and a link to said website to an e-mail address for each Defendant.

8. Schedule A to the Complaint [2], Exhibit 2 to the Declaration of Carl Myers [15], and the Temporary Restraining Order [19] are unsealed.

9. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in accordance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules.

10. The sixty thousand dollar ($60,000) bond posted by SBD shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

Manish S. Shah
United States District Judge

Dated: August 26, 2026

**Stanley Black & Decker, Inc. and Black & Decker (U.S.) Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" – Case No. 26-cv-08182**

**Schedule A**

| No. | Seller Alias | URL |
|---|---|---|
| 1 | Energup | https://www.amazon.com/sp?ie=UTF8&seller=A2W94E1WP4YQGS |
| 2 | aahy_5506 | https://www.ebay.com/usr/aahy_5506? |
| 3 | antoyarbo0 | https://www.ebay.com/usr/antoyarbo0? |
| 4 | bang_royy | https://www.ebay.com/usr/bang_royy? |
| 5 | batterystore1 | https://www.ebay.com/str/batterystorey |
| 6 | berele-6 | https://www.ebay.com/usr/berele-6? |
| 7 | destinya25 | https://www.ebay.com/str/finessefashionstore? |
| 8 | dony340 | https://www.ebay.com/str/fashops? |
| 9 | dooobest | https://www.ebay.com/str/dooobest |
| 10 | easton_7 | https://www.ebay.com/str/etherealhaven? |
| 11 | edwdr18 | https://www.ebay.com/str/edwardcasualwear? |
| 12 | ek_106 | https://www.ebay.com/str/bokebocy?_tab=about |
| 13 | elav-7079 | https://www.ebay.com/str/theprestigeapparel? |
| 14 | gakati_27 | https://www.ebay.com/str/gakatistore? |
| 15 | gbpowertec | https://www.ebay.com/str/gbpowertec? |
| 16 | gema002 | https://www.ebay.com/str/aetherapparel?_tab=about |
| 17 | guruhstore | https://www.ebay.com/usr/guruhstore? |
| 18 | honestandbestquality | https://www.ebay.com/str/honestandbestquality |
| 19 | jabar-3939 | https://www.ebay.com/str/bahirohtshirtstore? |
| 20 | jessicafurt_0 | https://www.ebay.com/str/quirkyquesttreasuresstore? |
| 21 | jojer-1129 | https://www.ebay.com/usr/jojer-1129? |
| 22 | jotu_8485 | https://www.ebay.com/usr/jotu_8485 |
| 23 | lanpaobu | https://www.ebay.com/usr/lanpaobu? |
| 24 | leaving-20 | https://www.ebay.com/str/hiphpower2020? |
| 25 | nefa7560 | https://www.ebay.com/usr/nefa7560 |
| 26 | nish3331 | https://www.ebay.com/usr/nish3331 |
| 27 | officialbattery | https://www.ebay.com/str/officialbattery?_tab=about |
| 28 | pf6-52 | https://www.ebay.com/str/pf652 |
| 29 | por-7801 | https://www.ebay.com/str/fabricioarruda |
| 30 | powertoolbattery6688 | https://www.ebay.com/str/powertoolbattery6688?_tab=about |
| 31 | ra-2329 | https://www.ebay.com/usr/ra-2329? |
| 32 | rarab_5467 | https://www.ebay.com/str/modernmodestore? |
| 33 | relaxant | https://www.ebay.com/usr/relaxant? |
| 34 | ringrils | https://www.ebay.com/str/ringrils |
| 35 | sancpatr-0 | https://www.ebay.com/str/yemontee? |

| | | |
|---|---|---|
| 36 | selvigallery | https://www.ebay.com/usr/selvigallery |
| 37 | superman2874 | https://www.ebay.com/str/superman2874 |
| 38 | toplifepower | https://www.ebay.com/str/toplifepower? |
| 39 | walkvol0 | https://www.ebay.com/usr/walkvol0? |
| 40 | wozijid-47 | https://www.ebay.com/str/gfhfkj |
| 41 | Monsterry | https://monsterry.com/ |
| 42 | thegiftio | https://www.thegiftio.com/ |
| 43 | cdvgrdhth | https://us.shein.com/store/home?dont_use_suggest_word=1&ici=s1%60undefined%60Craftsman%60_fb%60d0%60page_store&keywords=Craftsman&main_cate_id=2136&main_goods_id=372592102&page=1&page_from=PageGoodsDetail&result_type=2&routeId=1025811346&rule_poskey=DetailShopItemList&search_type=store&src_identifier=st%3D2%60sc%3DCraftsman%60sr%3D0%60ps%3D1&src_identifier_pre_search=on%3Dstore%60cn%3Dcdvgrdhth%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_5272309885&src_module=store_search&src_tab_page_id=page_store1773330551256&store_code=5272309885&tab=items&type=search&url_from=page_store |
| 44 | Garden Soil Pot Shop | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=2136&main_goods_id=368642064&page_from=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3DGarden%20Soil%20Pot%20Shop%60hz%3D0%60ps%3D1_1%60jc%3DthirdPartyStoreHome_1139002849&src_module=DetailBrand&src_tab_page_id=page_goods_detail1773330670602&store_code=1139002849&tab=items |
| 45 | boqiner | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418228718492 |
| 46 | Hehanjuanbqmao | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418228625702 |
| 47 | Sensual Touch | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226915955 |
| 48 | Unisex Baseball Hat | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418228590026 |
| 49 | WGY cap | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418228455197 |
| 50 | YZWCap | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418228575475&goods_id=606172505539272&sticky_type=3&refer_page_el_sn=200446&_x_sessn_id=hsi8ef6n62&refer_page_name=goods&refer_page_id=10032_1773667945527_6id4m102j2&refer_page_sn=10032 |
| 51 | ZSPap | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418228607397&goods_id=606204717800229&sticky_type=3&refer_page_el_sn=200446&_x_sessn_id=hsi8ef6n62 |

| | | |
|---|---|---|
| | | &refer_page_name=goods&refer_page_id=10032_1773667803014_duf64akssk&refer_page_sn=10032 |
| 52 | Cloudot Trade | https://www.walmart.com/seller/102758261 |
| 53 | GleeSoar Business | https://www.walmart.com/seller/103085253 |
| 54 | Shandong Zhongcui E-commerce | https://www.walmart.com/seller/102756844 |
| 55 | Star X Life | https://www.walmart.com/seller/102834946 |
| 56 | Xiaomi's store | https://www.walmart.com/seller/102904511 |
| 57 | Zhang Cuishan Commerce | https://www.walmart.com/seller/102852194 |